

# Your 1998 Tax Statement for 1098 Mortgage Interest

GREENPOINT CREDIT CORP.
TAMPA REGION #26835
3550 BUSCHWOOD PK DR #300
TAMPA  FL  33618

**IMPORTANT TAX DOCUMENT**

Payer Tax I.D. Number:

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

CALL: (800) 722-7747

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS 20221 NW 52ND CT
MIAMI  FL  33055

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

**Payer Copy - Keep for your records**

---

## ☐ Your 1098-Mortgage Interest

OMB No. 1545-0901

| Tax Category | Loan Number<br>GPC-CL-735301780 |
|---|---|
| Box 1 - Mortgage interest received from payer(s)/borrower(s) * | $2,763.92 |
| Box 2 - Points paid on purchase of principal residence (See instructions for **Box 2**) | $0.00 |
| Box 3 - Refund of overpaid interest(See instructions for **Box 3)** | $0.00 |

\* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

---

## ☐ Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers entitled to a deduction for the interest and points shown on this form, please furnish each of the other borrowers with information about the proper distribution of these amounts. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represents his or her share of the amount allowable as a deduction for mortgage interest and points.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** - Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. Caution: *If you prepaid interest in 1998 that accrued in full by January 15, 1999, this prepaid interest may be included in box 1. However, even though the prepaid amount may be included in box 1, you cannot deduct the prepaid amount in 1998.* For more information, see

**Pub. 936,** Home Mortgage Interest Deduction. If you are a mortgage credit certificate holder who can claim the mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation as explained in the instructions for Schedule A (Form 1040).

**Box 2.** - Not all points are reportable to you. This form shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may be deductible. See Pub. 936. Also see your Form 1040 instructions.

**Box 3.** - Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. Generally, list the total amount shown in box 3 on the "Other income" line on your 1998 Form 1040. However do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Pub. 525, Taxable and Nontaxable income.

SEQ# TNN-C52-87000010278
Recipient Federal I.D. Number: 13-4002891

Department of the Treasury - Internal Revenue Service

Page 1 of 1
TNN-1098
TNN-981 (8/98)

 

# Your 1999 Tax Statement for Form 1098 Mortgage Interest

GREENPOINT CREDIT LLC
TAMPA REGION #26835
3550 BUSCHWOOD PK DR #300
TAMPA FL 33618

**IMPORTANT TAX DOCUMENT**

Payer Tax I.D. Number:

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

CALL: (800) 722-7747

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS 20221 NW 52ND CT
MIAMI FL 33055

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Payer Copy - Keep for your records

---

## ☐ Your 1098-Mortgage Interest

OMB No. 1545-0901

| Tax Category | Loan Number<br>GPC-CL-735301780 |
|---|---|
| Box 1 – Mortgage interest received from payer(s)/borrower(s) * | $2,715.22 |
| Box 2 – Points paid on purchase of principal residence (See instructions for **Box 2**) | $0.00 |
| Box 3 – Refund of overpaid interest(See instructions for **Box 3**) | $0.00 |

* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

Please check your Taxpayer Identification Number and call the number listed above if it is incorrect.

---

## ☐ Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of these amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represents his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** – Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. Caution: *If you prepaid interest in 1999 that accrued in full by January 15, 2000 , this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 1999 even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited.

**Box 2.** – Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may be deductible. See Pub. 936 or your Schedule A (Form 1040) instructions.

**Box 3. – Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. Generally, list the total amount shown in box 3 on the "Other income" line on your 1999 Form 1040. However do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year's tax return(s) is necessary. For more information, see Pub. 936 and Pub. 525, Taxable and Nontaxable Income.

---

SEQ#  TNN-C52-20000012461
Recipient Federal I.D. Number: 33-0862379

Department of the Treasury - Internal Revenue Service

Page 1 of 1
TNN-1098
TNN-981 (10/99)

# Tax Year 2000
# Form-1098 Mortgage Interest Statement

Payer Tax I.D. Number:

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

CALL: (800) 722-7747

GREENPOINT CREDIT LLC
TAMPA REGION #26835
3550 BUSCHWOOD PK DR #300
TAMPA FL 33618

IMPORTANT TAX DOCUMENT

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS 20221 NW 52ND CT
MIAMI FL 33055

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

**Payer Copy - Keep for your records**

## ☐ 2000 1098-Mortgage Interest

OMB No. 1545-0901

| Tax Category | Loan Number GPC-CL-735301780 |
| --- | --- |

| | |
| --- | --- |
| Box 1 - Mortgage interest received from payer(s)/borrower(s) * | $2,663.82 |
| Box 2 - Points paid on purchase of principal residence (See Instructions for Box 2) | $0.00 |
| Box 3 - Refund of overpaid interest(See Instructions for Box 3) | $0.00 |

* Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

Please check your Taxpayer Identification Number and call the number listed above if it is incorrect.

## ☐ Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represents his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3. If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2000 that accrued in full by January 15, 2001, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2000 even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see **Form 8396,** Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see **Pub. 936,** Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 or your Schedule A (Form 1040) instructions.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2000 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year's tax return(s) is necessary. For more information, see "Recoveries" in **Pub. 525,** Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

SEQ# TNN-C52-53000010853
Recipient Federal I.D. Number: 33-0862379

Department of the Treasury - Internal Revenue Service

GREENPOINT CREDIT LLC
P.O. BOX 507
MEMPHIS, TN 38101-0507

8083 303390 010280 022 0 1

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS
20221 NW 52ND CT
MIAMI FL 33055

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 2001 Form 1098 | Mortgage Interest Statement |
|---|---|---|---|
| GREENPOINT CREDIT LLC P.O. BOX 507 MEMPHIS, TN 38101-0507 800-722-7747 | | | |

| RECIPIENT'S Federal identification no. 33-0862379 | PAYER'S social security number 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 | 1 Mortgage interest received from payer(s)/borrower(s)* $ 2,640.36 | Copy B For Payer |
|---|---|---|---|
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Points paid on purchase of principal residence (See Box 2 below.) $ .00 | The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| JOSE E. FALCON YOANDRA FALCON C/O CARLOS ZAYAS 20221 NW 52ND CT MIAMI FL 33055 | | 3 Refund of overpaid interest (See Box 3 below.) $ .00 | |
| | | 4 | |
| Account number (optional) 00035301780 | | | |

Form 1098                    (Keep for your records.)         Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2001 that accrued in full by January 15, 2002, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2001 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the

mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see Pub. 936, Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may also be deductible. See Pub. 936 or your Schedule A (Form 1040) instructions.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2001 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see "Recoveries" in Pub. 525, Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.



GREENPOINT CREDIT LLC
P.O. BOX 507
MEMPHIS, TN 38101-0507

8083 303390 010280 022 0 1

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS
20221 NW 52ND CT
MIAMI FL 33055

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|---|
| GREENPOINT CREDIT LLC<br>P.O. BOX 507<br>MEMPHIS, TN 38101-0507<br>800-722-7747 | | 2001<br>Form 1098 | |
| RECIPIENT'S Federal identification no. 33-0862379 | PAYER'S social security number 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 | 1  Mortgage interest received from payer(s)/borrower(s)*<br>$ 2,640.36 | Copy B<br>For Payer<br>The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code | | 2  Points paid on purchase of principal residence (See Box 2 below.)<br>$ .00 | |
| JOSE E. FALCON<br>YOANDRA FALCON<br>C/O CARLOS ZAYAS<br>20221 NW 52ND CT<br>MIAMI FL 33055 | | 3  Refund of overpaid interest (See Box 3 below.)<br>$ .00 | |
| | | 4 | |
| Account number (optional)<br>00035301780 | | | |

Form **1098**                    (Keep for your records.)                    Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2001 that accrued in full by January 15, 2002, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2001 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the*

mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see **Pub. 936**, Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may also be deductible. See Pub. 936 or your Schedule A (Form 1040) instructions.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2001 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see "Recoveries" in **Pub. 525**, Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.



GREENPOINT CREDIT LLC
P.O. BOX 507
MEMPHIS, TN 38101-0507

8063 533667 001297 022 0 1

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS
20221 NW 52ND CT
OPA LOCKA FL 33055-4697

---

☐ **CORRECTED (if checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number<br>GREENPOINT CREDIT LLC<br>P.O. BOX 507<br>MEMPHIS, TN 38101-0507<br>800-722-7747 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | OMB No. 1545-0901<br><br>**2002**<br><br>Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|
| RECIPIENT'S Federal identification no.<br>33-0862379 | PAYER'S social security number<br>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 | 1 Mortgage interest received from payer(s)/borrower(s) *<br>$ 2,562.46 | **Copy B For Payer**<br>The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, street address, city, state and ZIP code<br><br>JOSE E. FALCON<br>YOANDRA FALCON<br>C/O CARLOS ZAYAS<br>20221 NW 52ND CT<br>OPA LOCKA FL 33055-4697 | 2 Points paid on purchase of principal residence (See Box 2 below)<br>$ .00 | |
| | 3 Refund of overpaid interest (See Box 3 below)<br>$ .00 | |
| | 4 | |
| Account number (optional)<br>00035301780 | | |

Form **1098**           (Keep for your records)           Department of the Treasury - Internal Revenue Service

### Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2002 that accrued in full by January 15, 2003, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2002 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the

mortgage interest credit, see **Form 8396,** Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see **Pub. 936,** Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may also be deductible. See **Pub. 936** or Schedule A (Form 1040) instructions.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2002 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year's tax return(s) is necessary. For more information, see "Recoveries" in **Pub. 525,** Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.



GREENPOINT CREDIT LLC
P.O. BOX 507
MEMPHIS, TN 38101-0507



8063 826670 001115 022 0 1

JOSE E. FALCON
YOANDRA FALCON
C/O CARLOS ZAYAS
20221 NW 52ND CT
OPA LOCKA FL 33055-4697

☐ **CORRECTED (If checked)**

| RECIPIENT'S/LENDER'S name, address, and telephone number | | \*Caution: *The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | OMB No. 1545-0901 **2003** Form **1098** | Mortgage Interest Statement |
|---|---|---|---|---|
| GREENPOINT CREDIT LLC P.O. BOX 507 MEMPHIS, TN 38101-0507 888-455-1319 | | | | |
| RECIPIENT'S Federal identification no. 33-0862379 | PAYER'S social security number 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 | 1 Mortgage interest received from payer(s)/ borrower( s)\* $ 2,070.90 | | **Copy B For Payer** The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| PAYER'S/BORROWER'S name, street address, city, state, and ZIP code | | 2 Points paid on purchase of principal residence (See Box 2 below) $ .00 | | |
| JOSE E. FALCON YOANDRA FALCON C/O CARLOS ZAYAS 20221 NW 52ND CT OPA LOCKA FL 33055-4697 | | 3 Refund of overpaid interest (See Box 3 below) $ .00 | | |
| | | 4 | | |
| Account number (optional) 00035301780 | | | | |

Form **1098**                              (Keep for your records)                    Department of the Treasury - Internal Revenue Service

## Instructions for Payer/ Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

**Box 1.** Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. *Caution: If you prepaid interest in 2003 that accrued in full by January 15, 2004, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2003 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the*

mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($ 50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see Pub. 936, Home Mortgage Interest Deduction.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may also be deductible. See Pub. 936 or Schedule A (Form 1040) instructions.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, include the total amount shown in box 3 on the "Other income" line of your 2003 Form 1040. However, do not report the refund as income if you did not itemize deductions in the year(s) you paid the interest. No adjustment to your prior year's tax return(s) is necessary. For more information, see Pub. 936 and "Recoveries" in Pub. 525, Taxable and Nontaxable Income.

**Box 4.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.



Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

#BWNKDVR
#HKGFFMGK6#

+ 0138122 000030046 096T01-055801-P1P2P3P5P6P8

Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852



## MONTHLY BILLING STATEMENT
### Account Information

| | | |
|---|---|---|
| Account # | | 765036330 |
| Billing Date: | | 03/24/07 |
| Year To Date Interest Paid: | $ | 517.19 |
| Escrow Balance: | $ | |
| Corporate Advance Balance*: | $ | |
| Principal Balance**: | $ | 12,876.34 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

### NEXT PAYMENT DUE DATE: 04/11/07

| | | |
|---|---|---|
| Current Payment: | $ | 260.00 |
| Past Due Payment: | $ | |
| Escrow Due*: | $ | |
| Insurance Due: | $ | 104.49 |
| Additional Charges Due: | $ | |
| Billed Late Charges: | $ | |
| **Total Amount Due:** | **$** | **364.49** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

---

## GENERAL INFORMATION

### BILLING INQUIRIES
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

### CUSTOMER SERVICE
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

### REMITTANCE ADDRESS
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR MORE CONTACT INFORMATION

## IMPORTANT INFORMATION

This is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR TOTAL PRINCIPAL PAID IN 2006 WAS $ 5,457.07.
YOUR TOTAL INTEREST PAID IN 2006 WAS $ 2,079.83.

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 03/24/07

| Date Rec'vd | Principal Amount | Interest | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow |
|---|---|---|---|---|---|---|---|---|---|
| 03/22/07 | 132.62 | 127.38 | | 104.49 | | | | | |
| 02/21/07 | 131.33 | 128.67 | | 104.49 | | | | | |

INSURANCE



*OTK582*

Detach and return this portion with remittance

# GREEN TREE

**Please make checks payable to Green Tree**
**ACCOUNT NUMBER 765036330**

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.



| Payment Due Date | Extra Amt to Principal | TOTAL PAYMENT DUE | 364.49 |
|---|---|---|---|
| 04/11/07 | | TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852



GREEN TREE
PO BOX 94710
Palatine, IL 60094-4710

76503633 0  00026000     0000036449


**GREEN TREE**

Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

## MONTHLY BILLING STATEMENT
### Account Information

| | | |
|---|---|---|
| Account # | | 765036330 |
| Billing Date: | | 04/21/07 |
| Year To Date Interest Paid: | $ | 517.19 |
| Escrow Balance: | $ | |
| Corporate Advance Balance*: | $ | |
| Principal Balance**: | $ | 12,876.34 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#

+ 0140664 000029630 096T01-055801-P1P2P8
Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852





### NEXT PAYMENT DUE DATE: 05/11/07

| | | |
|---|---|---|
| Current Payment: | $ | 260.00 |
| Past Due Payment: | $ | 260.00 |
| Escrow Due*: | $ | |
| Insurance Due: | $ | 208.98 |
| Additional Charges Due: | $ | |
| Billed Late Charges: | $ | |
| **Total Amount Due:** | $ | 728.98 |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

---



### GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to:
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR MORE CONTACT INFORMATION

### IMPORTANT INFORMATION

This is an attempt to collect a debt and any information obtained will be used for that purpose.

YOUR TOTAL PRINCIPAL PAID IN 2006 WAS $ 5,457.07.
YOUR TOTAL INTEREST PAID IN 2006 WAS $ 2,079.83.

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 04/21/07

| Date Rec'd | Principal Amount | Interest | Late Charges | INSURANCE Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow |
|---|---|---|---|---|---|---|---|---|---|
| 00/00/00 | | | | | | | | | |

SC00098-00F

Detach and return this portion with remittance
## Please make checks payable to Green Tree
ACCOUNT NUMBER 765036330




LENDER

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

| Payment Due Date | Extra Amt to Principal | TOTAL PAYMENT DUE | 728.98 |
| 05/11/07 | | TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0   00026000      0000072898


GREEN TREE

Mailstop L800M
o0O Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

## MONTHLY BILLING STATEMENT
Account Information

| | |
|---|---|
| Account # | 765036330 |
| Billing Date: | 06/20/07 |
| Year To Date Interest Paid: | $ 891.49 |
| Escrow Balance: | $ |
| Corporate Advance Balance*: | $ |
| Principal Balance**: | $ 12,469.62 |

*Corporate Advances represents monies advanced by servicer
to pay taxes, insurance, and any other amount currently due
that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#

+ 0145849 000083017 09GT01-055801-P1P3P4P5P6P8
Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852

**NEXT PAYMENT DUE DATE: 07/11/07**

| | |
|---|---|
| Current Payment: | $ 258.98 |
| Past Due Payment: | $ |
| Escrow Due*: | $ |
| Insurance Due: | $ 104.49 |
| Additional Charges Due: | $ |
| Billed Late Charges: | $ |
| **Total Amount Due:** | $ 363.47 |

*Escrow represents monies collected and held by
servicer for the future payment of taxes and insurance.

### GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your
account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
www.gtservicing.com

Telephone calls may be monitored or
recorded for quality assurance and
training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR MORE CONTACT
INFORMATION

### IMPORTANT INFORMATION

This is an attempt to collect a debt and any information obtained will be used for
that purpose.



*ONK2S2*

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 06/20/07

| Date Recv'd | Principal Amount | Interest | Late Charges | INSURANCE Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow |
|---|---|---|---|---|---|---|---|---|---|
| 06/20/07 | 132.06 | 123.45 | 5.00 | 104.49 | | | | | |
| 06/07/07 | 140.74 | 124.77 | | 104.49 | | | | | |

Detach and return this portion with remittance


GREEN TREE

### Please make checks payable to Green Tree
ACCOUNT NUMBER 765036330

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

EQUAL HOUSING
LENDER

| Payment Due Date | Extra Amt to Principal | TOTAL PAYMENT DUE | 363.47 |
|---|---|---|---|
| 07/11/07 | | TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0  00026000  0000036347



ailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

### MONTHLY BILLING STATEMENT
#### Account Information

| | |
|---|---|
| Account # | 765036330 |
| Billing Date: | 08/21/07 |
| Year To Date Interest Paid: | $ 1,134.36 |
| Escrow Balance: | $ |
| Corporate Advance Balance*: | $ |
| Principal Balance**: | $ 12,191.48 |

*Corporate Advance represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#

+ 0151641 000080337 09GT01-055801-P1P2P4P5P8
Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852

### NEXT PAYMENT DUE DATE: 09/11/07

| | |
|---|---|
| Current Payment: | $ 257.97 |
| Past Due Payment: | $ |
| Escrow Due*: | $ |
| Insurance Due: | $ |
| Additional Charges Due: | $ |
| Billed Late Charges: | $ |
| **Total Amount Due:** | $ 257.97 |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

---

### GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
www.gtservicing.com
Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710
SEE REVERSE SIDE FOR MORE CONTACT INFORMATION

### IMPORTANT INFORMATION

This is an attempt to collect a debt and any information obtained will be used for that purpose.



**Specializing in Homeowners Insurance for Manufactured Homes**

Call today toll free and speak with a licensed agent about a personalized quote!
Hours: Monday - Friday 7:00 am to 8:00 pm & Saturday 7:00 am to 1:00 pm Central Time.
Please refer to our website @ www.gtservicing.com for licensing information.

Toll - Free
1-866-854-9656

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 08/21/07




| Date Recv'd | Principal Amount | Interest | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/07 | 139.74 | 120.76 | | 104.50 | | | | | |

*OR47G2*

---

Detach and return this portion with remittance

**Please make checks payable to Green Tree**
ACCOUNT NUMBER 765036330

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

LENDER

| Payment Due Date | Extra Amt to Principal | TOTAL PAYMENT DUE | 257.97 |
|---|---|---|---|
| 09/11/07 | | TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Jose E Falcon
C/O Carlos Zayas
1111 Bluegrass Dr
Groveland FL 34736-8852

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0  00026000  0000025797

 GREEN TREE

Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN  55102

## MONTHLY BILLING STATEMENT
### Account Information

| | | |
|---|---|---|
| Account # | | 765036330 |
| Billing Date: | | 06/21/2008 |
| Year To Date Interest Paid: | $ | 552.92 |
| Escrow Balance: | | |
| Late Fee Balance: | $ | 5.00 |
| Corporate Advance Balance*: | | |
| Principal Balance**: | $ | 10,877.35 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#

+ 0193106 000085092 096T01-055801-P1P3P5P6P8

Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

### NEXT PAYMENT DUE DATE: 07/11/2008

| | | |
|---|---|---|
| Current Payment: | $ | 260.00 |
| Past Due Payment: | $ | 260.00 |
| Escrow Due*: | | |
| Insurance Due: | $ | 313.34 |
| Additional Charges Due: | | |
| Billed Late Charges: | $ | 5.00 |
| **Total Amount Due:** | **$** | **838.34** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

## GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

**SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION**

## IMPORTANT MESSAGES

This is an attempt to collect a debt and any information obtained will be used for that purpose.



## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 06/21/2008



INSURANCE

| Date Recv'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/2008 | 152.00 | 108.00 | | 156.67 | | | | | |

*OLK2S2*

 GREEN TREE

Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN  55102

## MONTHLY BILLING STATEMENT
### Account Information

Account #                                      765036330
Billing Date:                                  07/22/2008
Year To Date Interest Paid:          $      552.92
Escrow Balance:
Late Fee Balance:                        $        5.00
Corporate Advance Balance*:
Principal Balance**:                      $   10,877.35
*Corporate Advances represents monies advanced by servicer
to pay taxes, insurance, and any other amount currently due
that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#

+ 0147094 000090962 09GT01-055801-P1P3P8
Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

**NEXT PAYMENT DUE DATE:  08/11/2008**
Current Payment:                         $      260.00
Past Due Payment:                       $      520.00
Escrow Due*:
Insurance Due:                            $      469.99
Additional Charges Due:
Billed Late Charges:                     $        5.00
**Total Amount Due:            $   1,254.99**
*Escrow represents monies collected and held by
servicer for the future payment of taxes and insurance.

---

| GENERAL INFORMATION | IMPORTANT MESSAGES |
|---|---|

**BILLING INQUIRIES**
Send inquiries (not payment) with your
account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
www.gtservicing.com
Telephone calls may be monitored or
recorded for quality assurance and
training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710
**SEE REVERSE SIDE FOR
ADDITIONAL CONTACT AND
OTHER INFORMATION**

This is an attempt to collect a debt and any information obtained will be used for
that purpose.
YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL  800-643-0202  FOR PAYMENT
ARRANGEMENTS



*OK47G2*

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 07/22/2008 ——— INSURANCE ———

| Date Recv'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|

---

Detach and return this portion with remittance

 GREEN TREE

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER 765036330**
Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

 EQUAL HOUSING LENDER

| Extra Amt to Late Fees | | | | . | |
|---|---|---|---|---|---|

**PAYMENT DUE DATE**              08/11/2008
**TOTAL PAYMENT DUE**              1,254.99
**TOTAL ENCLOSED $** [    ],[    ].[  ]
Enter total amount of payment enclosed

Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0    00026000     0000125499



## MONTHLY BILLING STATEMENT

### Account Information

**GREEN TREE**

Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN  55102

| | |
|---|---|
| Account # | 765036330 |
| Billing Date: | 08/21/2008 |
| Year To Date Interest Paid: | $    659.43 |
| Escrow Balance: | |
| Late Fee Balance: | $      5.00 |
| Corporate Advance Balance*: | |
| Principal Balance**: | $  10,723.86 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

#BWNKDVR
#HKGFFMGK6#
+ 0201199 000069970 096701-055801-P1P3P6
Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

**NEXT PAYMENT DUE DATE:  09/11/2008**

| | |
|---|---|
| Current Payment: | $    260.00 |
| Past Due Payment: | $    520.00 |
| Escrow Due*: | |
| Insurance Due: | $    313.32 |
| Additional Charges Due: | |
| Billed Late Charges: | $      5.00 |
| **Total Amount Due:** | **$  1,098.32** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

### GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
www.gtservicing.com
Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

*OK46O2*




### IMPORTANT MESSAGES

This is an attempt to collect a debt and any information obtained will be used for that purpose.
YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL  800-643-0202  FOR PAYMENT ARRANGEMENTS

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 08/21/2008

| Date Recv'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/28/2008 | 153.49 | 106.51 | 5.00 | 156.67 | | | | | |

INSURANCE

---

Detach and return this portion with remittance

**GREEN TREE**

-Please make checks payable to Green Tree-
ACCOUNT NUMBER 765036330
Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.


EQUAL HOUSING LENDER

| | |
|---|---|
| **PAYMENT DUE DATE** | **09/11/2008** |
| **TOTAL PAYMENT DUE** | **1,098.32** |
| **TOTAL ENCLOSED** $ | |

Enter total amount of payment enclosed

**Extra Amt to Late Fees**

Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0   00026000   0000109832

 **GREEN TREE**

Mailstop L800M
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

## MONTHLY BILLING STATEMENT
### Account Information

| | |
|---|---|
| Account # | 765036330 |
| Billing Date: | 09/20/2008 |
| Year To Date Interest Paid: | $ 764.43 |
| Escrow Balance: | |
| Late Fee Balance: | $ 5.00 |
| Corporate Advance Balance*: | |
| Principal Balance**: | $ 10,568.86 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

**NEXT PAYMENT DUE DATE: 10/11/2008**

| | |
|---|---|
| Current Payment: | $ 260.00 |
| Past Due Payment: | $ 520.00 |
| Escrow Due*: | |
| Insurance Due: | $ 156.65 |
| Additional Charges Due: | |
| Billed Late Charges: | $ 5.00 |
| **Total Amount Due:** | $ 941.65 |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

#BWNKDVR
#HKGFFMGK6#

+ 0204944 000088796 096T01-055801-P1P8
Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

---

### GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
www.gtservicing.com
Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION



### IMPORTANT MESSAGES

This is an attempt to collect a debt and any information obtained will be used for that purpose.
YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 09/20/2008 — INSURANCE —



| Date Recv'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/2008 | 155.00 | 105.00 | | 156.67 | | | | | |

---

Detach and return this portion with remittance

 **GREEN TREE**

## Please make checks payable to Green Tree
**ACCOUNT NUMBER 765036330**
Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

EQUAL HOUSING LENDER

| | |
|---|---|
| PAYMENT DUE DATE | 10/11/2008 |
| TOTAL PAYMENT DUE | 941.65 |
| TOTAL ENCLOSED $ | , . |

Enter total amount of payment enclosed

Extra Amt to Late Fees

Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0  00026000    0000094165



| | | MONTHLY BILLING STATEMENT |
|---|---|---|

**GREEN TREE**

stop L800M
0 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

### Account Information

| | | |
|---|---|---|
| Account # | | 765036330 |
| Billing Date: | | 10/21/2008 |
| Year To Date Interest Paid: | $ | 974.87 |
| Escrow Balance: | | |
| Late Fee Balance: | $ | 5.00 |
| Corporate Advance Balance*: | | |
| Principal Balance**: | $ | 10,254.30 |

#BWNKDVR
#HKGFFMGK6#

+ 0208964 000067958 096T01-055801-P1P2P3P5P8
Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

**NEXT PAYMENT DUE DATE: 11/11/2008**

| | | |
|---|---|---|
| Current Payment: | $ | 260.00 |
| Past Due Payment: | $ | 255.00 |
| Escrow Due*: | | |
| Insurance Due: | $ | 158.25 |
| Additional Charges Due: | | |
| Billed Late Charges: | $ | 5.00 |
| **Total Amount Due:** | **$** | **678.25** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

---

## GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to—
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

**SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION**

*OT4602*

## IMPORTANT MESSAGES

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 10/21/2008

### INSURANCE

| Date Recv'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/13/2008 | 158.05 | 48.60 | | | | | | | |
| 09/23/2008 | 156.51 | 161.84 | | 156.65 | | | | | |

SC0098-00L 2

---

Detach and return this portion with remittance


**GREEN TREE**

**Please make checks payable to Green Tree**
**ACCOUNT NUMBER 765036330**
Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

EQUAL HOUSING
**LENDER**

| | |
|---|---|
| PAYMENT DUE DATE | 11/11/2008 |
| TOTAL PAYMENT DUE | 678.25 |
| TOTAL ENCLOSED $ ___ , ___ . ___ | |

Enter total amount of payment enclosed

| Extra Amt to Late Fees | Extra Amt to Principal |
|---|---|
| ___ . ___ | ___ . ___ |

Jose E Falcon
C/O Carlos Zayas
15437 Greater Groves Bld
Clermont FL 34714-7257

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0   00026000   0000067825



Mailstop L800M
~~300~~ Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

#BWNKDVR
#HKGFFMGK6#

+ 0213614 000087520 096701-055801-P1P8
Jose E Falcon
16437 Nelson Park Blvd #101
Clermont FL 34714-5856

# MONTHLY BILLING STATEMENT

## Account Information

| | |
|---|---|
| Account # | 765036330 |
| Billing Date: | 11/20/2008 |
| Year To Date Interest Paid: | $    974.87 |
| Escrow Balance: | |
| Late Fee Balance: | $        5.00 |
| Corporate Advance Balance*: | |
| Principal Balance**: | $  10,254.30 |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

### NEXT PAYMENT DUE DATE: 12/11/2008

| | |
|---|---|
| Current Payment: | $    260.00 |
| Past Due Payment: | $    515.00 |
| Escrow Due*: | |
| Insurance Due: | $    316.50 |
| Additional Charges Due: | |
| Billed Late Charges: | $        5.00 |
| **Total Amount Due:** | **$  1,096.50** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

## GENERAL INFORMATION

**BILLING INQUIRIES**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION

## IMPORTANT MESSAGES

This is an attempt to collect a debt and any information obtained will be used for that purpose.
YOUR ACCOUNT IS SERIOUSLY PAST DUE! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 11/20/2008    INSURANCE

| Date Rec'd | Principal Amount | Interest Amount | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*OG41C2*

---

Detach and return this portion with remittance



Please make checks payable to Green Tree
ACCOUNT NUMBER 765036330
Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

 EQUAL HOUSING LENDER

| | |
|---|---|
| PAYMENT DUE DATE | 12/11/2008 |
| TOTAL PAYMENT DUE | 1,096.50 |

**Extra Amt to Late Fees**
[ ][ ][ ].[ ][ ]

TOTAL ENCLOSED $ [ ][ ] , [ ][ ][ ] . [ ][ ]
Enter total amount of payment enclosed

Jose E Falcon
16437 Nelson Park Blvd #101
Clermont FL 34714-5856

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

76503633 0   00026000      0000109650




Insurance Service Center
P.O. Box 979120
Miami, FL 33197-9120



GREEN TREE

09/30/06

JOSE FALCON
C/O CARLOS ZAYAS
20221 NW 52ND CT
MIAMI GARDENS FL   33055

RE:   Account Number:  GTSL 0002 76503633
       Policy Number:  EMH021519800

Dear JOSE FALCON

Please find enclosed the policy evidencing the lender-placed insurance coverage recently purchased on the above-referenced account.

If you have any questions about the purchase of this insurance, please contact us toll free Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Standard Time, at 1-800-643-0202 to speak with a customer service representative.

Sincerely,

GREEN TREE SERVICING LLC

Enclosure

GTFPCLTR.DOC

EMH  0215198   00   09/30/06

**VOYAGER INDEMNITY INSURANCE COMPANY**
Administrative Offices Attn.: 11222 Quail Roost Drive, Miami, FL 33157-6596

AREA ID  MH                          FL    N AO 35 73

| MASTER POLICY NUMBER | |
|---|---|
| EMH0000100 | NEW DECLARATION * * * * * EFFECTIVE 09/07/06 AT 12:01 A.M. STANDARD TIME AT PROPERTY LOCATION |

| CERTIFICATE NUMBER | CERTIFICATE PERIOD FROM | TO | POLICY TYPE | ACCT CODE |
|---|---|---|---|---|
| EMH 0215198 00 | 09/07/06 | 09/07/07 | COMMERCIAL LENDERS PROTECTION | 3152001 |

| ADDITIONAL NAMED INSURED | PRODUCING AGENT |
|---|---|
| JOSE FALCON<br>YOANDRA FALCON<br>C/O CARLOS ZAYAS<br>20221 NW 52ND CT<br>MIAMI GARDENS FL  33055 | GREEN TREE INSURANCE AGENCY IN<br>345 ST PETER STREET 7TH FLOOR<br>ST PAUL MN  55102 |

| SURPLUS LINES AGENT | NAMED INSURED |
|---|---|
| NATIONAL INSURANCE AGENCY<br>ELISA M. BASULTO<br>11222 QUAIL ROOST DRIVE<br>MIAMI FL  33157 | GREEN TREE SERVICING LLC<br>345 ST PETER STREET STE L701<br>ST PAUL MN<br>5 5102 |

**RATING DESCRIPTION**

THE MOBILEHOME IS LOCATED AT:   20221 NW 52ND CT 20221 NW 52ND CT MIAMI GARDENS,

| COVERAGES | LIMITS | DEDUCTIBLES** | PREMIUM |
|---|---|---|---|
| COLLATERAL COVERAGE | | | |
|   MOBILEHOME | $13,719 LESS | $500 DEDUCTIBLE | $812.00 |
| FEES/TAXES/SURCHARGES | | | |
|   CATASTROPHE FEE----------------------------------------------- | | | $60.00 |
|   EMPAT FUND SURCHARGE------------------------------------------ | | | $4.00 |
|   5% SURPLUS LINES TAX------------------------------------------ | | | $43.60 |
|   FLORIDA SERVICE FEE------------------------------------------- | | | $1.74 |
|   CITIZENS (CPIC ASSESSMENT) AT 6.84%--------------------------- | | | $60.00 |
| ANNUAL PREMIUM----------------------------------------------------- | | | $981.34 |

DESCRIPTION OF ADDITIONAL DEDUCTIBLES:
** FLOOD DEDUCTIBLE IS   $500 ** WIND DEDUCTIBLE IS   $500

| SUBJECT TO FORM(S) #: | N3082   09/92*, CR3431CD  08/98*,   N4025   11/05*, CR3474ED  08/98* |
|---|---|

**TO FILE A CLAIM, PLEASE CONTACT 1-800-358-0600.**

**NOTICE:  Your coverage will be nonrenewed if the loan is paid out.**

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT, UNLICENSED INSURER.

DATE: 09/30/06                COUNTERSIGNED BY: _Elisa M. Basulto_
                                                 SURPLUS LINE AGENT #A015690

ADDL NAMED  INSURED
CR3473CDD-0106                **THANK YOU FOR THE OPPORTUNITY TO SERVE YOU**                CA09V005.DOC-0106

VIEMHDEC.DOC-0



**FLORIDA NOTICE**

<u>Customer Inquiry</u>: Should you have an inquiry about coverage or to obtain assistance in resolving a complaint, you may contact the company by calling this telephone number:

(305) 253-2244

N3082-0992

N3082Z.DOC-0599



## VOYAGER INDEMNITY INSURANCE COMPANY
Administrative Offices At: 11222 Quail Roost Drive, Miami, FL 33157-6596

## COMMERCIAL LENDER'S PROTECTION PROGRAM
## CERTIFICATE OF INSURANCE

THIS INSURANCE IS ISSUED PURSUANT TO THE FLORIDA SURPLUS LINES LAW. PERSONS INSURED BY SURPLUS LINES CARRIERS DO NOT HAVE THE PROTECTION OF THE FLORIDA INSURANCE GUARANTY ACT TO THE EXTENT OF ANY RIGHT OF RECOVERY FOR THE OBLIGATION OF AN INSOLVENT UNLICENSED INSURER.

THIS CERTIFICATE gives a general resume of coverage. It is:

1. not a contract of insurance; and

2. subject to the terms and conditions of the Master Policy.

### INSURING AGREEMENT

We will provide the insurance described herein, in return for the premium and compliance with all applicable provisions of the Master Policy and Certificate of Insurance.

### DEFINITIONS

"We", "Us" and "Our" refer to Voyager Indemnity Insurance Company.

"You" and "Your" means the lender shown as the Named Insured on the Master Policy Declarations.

"Lender" means the financial institution shown as Named Insured in the Certificate Declarations.

"Additional Insured" - the borrower shown on the Certificate Declarations.

"Described Location" means the pledged collateral location stated on the Certificate Declarations.

"Collateral" - means eligible property pledged as security for a mortgage loan.

The eligible Collaterals are: dwellings and mobile homes.

"Dwelling" - a building used principally for residential purposes not to exceed four (4) living units including individually owned townhouses and condominiums.

"Mobile Home" - a movable or portable occupied unit:

1. including parts, equipment and accessories as described in the certificate of origin or manufacturer's invoice and replacements of this items which remain part of the home;

2. constructed to be towed on a chassis or other similar means of transportation;

3. connected to utilities; and

4. designed with or without a permanent foundation for year round living.

### COLLATERAL COVERAGE

This insurance covers Collateral indicated in the Certificate Declarations against the Perils Insured Against for which a premium has been paid and subject to the Certificate Limits of Liability.

### COLLATERAL COVERED

1. The Dwelling described on the Certificate Declarations Page, including attached additions and extensions, fixtures, machinery and equipment constituting a permanent part of and pertaining to the service of the dwelling.

2. Other structures attached to the Dwelling or Mobile Home excluding structures used in whole or in part for commercial manufacturing or farming purposes, or rented or held for rental to any person.

cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water; freezing of a plumbing, heating or air conditioning system or of a household appliance;

b. hidden decay;

c. hidden insect or vermin damage;

d. weight of contents, equipment, animals or people;

e. weight of rain which collects on a roof;

f. use of defective material or methods in construction, remodeling or renovation, if the collapse occurs during the course of the construction, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion. This coverage does not increase the limit of liability applying to the damaged Dwelling.

**Collapse coverage applies only to Dwellings and not to Mobile Homes.**

3. Tie-down equipment: We will pay for damage to the Mobile Home tie-down anchoring systems. This does not include loss or damage from rust, corrosion or faulty installation.

**Tie-down equipment coverage applies only to Mobile Homes.**

4. Sinkholes: We will provide coverage against all direct losses by sinkhole collapse.

Sinkhole being the actual physical damage arising out of, or caused by, sudden settlement or collapse of the earth supporting such Dwelling or Mobile Home and only when such settlement or collapse results from subterranean voids created by the action of water on limestone or similar rock. Earth movement exclusion does not apply to this additional coverage.

## PERILS INSURED AGAINST

We insure against risk of direct, sudden and accidental loss or damage to the Collateral described on the Declarations. However, We do not insure against:

1. Losses excluded under General Exclusions;

2. Freezing of a plumbing, heating or air conditioning system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the Dwelling or Mobile Home is vacant, unoccupied or being constructed unless the Additional Insured has used reasonable care to:

a. Maintain heat in the building, or

b. Shut off the water supply and drain the system and appliances of water;

3. Theft in or to the Dwelling or Mobile Home under construction;

4. Continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system or from within a household appliance;

5. Wear and tear; marring; deterioration; inherent vice; latent defect; mechanical breakdown; rust; mold; wet or dry rot; contamination; smog, smoke from agricultural smudging or industrial operations; settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings; birds, vermin, rodents, insects or domestic animals.

If any of these cause water to escape from plumbing, heating or air conditioning system or household appliance, We cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a structure necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped;

6. Collapse other than as provided elsewhere in this form.

7. Loss or damage to tires and wheels, unless damage by fire or stolen while attached to or inside a Mobile Home.

CR3431CD-0898

CR3431H2-0998

## GENERAL CONDITIONS

1. Duties After Loss: In case of a loss to which the insurance may apply, the Additional Insured will see that the following duties are performed.
   a. give immediate notice to Us or the Lender;
   b. protect the Collateral from further damage, make reasonable and necessary repairs required to protect the Collateral, and keep an accurate record of repair expenditures;
   c. exhibit the damaged Collateral as often as We reasonably require and submit to examination under oath;
   d. submit to Us, within 60 days after We request, the Additional Insured's sworn statement of loss which sets forth, to the best of the Additional Insured's knowledge and belief:
      i. the time and cause of loss;
      ii. The Additional Insured interest and all others in the Collateral involved and all encumbrances on the Collateral;
      iii. other insurance which may cover the loss;
      iv. changes in tide or occupancy of the Collateral during the term of the Certificate;
      v. specifications of any damaged Collateral and detailed estimates for repair of the damage.

2. Reinstatement: It is understood and agreed that any claim under this Certificate will not reduce the Limits of Recovery hereunder once repairs have been made to any damaged Collateral.

3. Salvage and Recoveries: When, in connection with any loss covered by the Certificate, any salvage or recovery is received subsequent to the payment of such loss, the loss will be re-figured on the basis on which it would have been settled had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party will be promptly paid.

4. Subrogation: In the event of any payment under the Master Policy/Certificate of Insurance, We are entitled to all rights of recovery the person or organization to whom payment was made, has against another. But; Our right to recovery applies only after that person or organization has been fully compensated for the loss. That person or organization must sign and deliver to Us legal papers relating to the recovery; do whatever else is necessary to help Us exercise Our rights and do nothing after the loss to harm Our rights.

5. Other Insurance: If at the time of loss there is other valid and collectible insurance on the covered Collateral, this Certificate of Insurance will be void.

6. No Benefits to Bailee: We will not recognize any assignment or grant any coverage for the benefit of any or organization holding, storing or transporting Collateral for a fee regardless of any other provision of this Certificate.

7. Liberalization Clause: WE adopt any revision which would broaden the coverage under the Master Policy/Certificate of Insurance without additional premium during the Certificate of Insurance period, the broadened coverage will immediately apply to this Certificate.

8. Concealment or Fraud: We do not provide coverage for any insured who:
   a. intentionally conceals or misrepresents any material fact or circumstance; or
   b. makes false statements or engages in fraudulent conduct, relating to this Insurance.

9. Suit Against Us: No action will be brought unless there has been compliance with all Master Policy/Certificate of Insurance provisions and the action is started within five years after the loss.

10. Waiver or Change of Policy Provisions: A waiver or change of any provision of this policy must be in writing by Us to be valid. Our request for an appraisal or examination will not waive any of Our rights.

11. Assignment: Assignment of this Certificate will not be valid unless We give Our written consent.

12. Appraisal: If the Lender or Additional



**VOYAGER INDEMNITY INSURANCE COMPANY**

Administrative Offices, 11222 Quail Roost Drive, Miami, FL 33157-6596 (305) 253-2244

## FLORIDA NOTICE TO POLICY HOLDERS

Your policy includes a 6.84% surcharge for the recoupment of Citizens Property Insurance Corporation (CPIC) assessment.

N4025-1105

N4025.DOC-1205



### VOYAGER INDEMNITY INSURANCE COMPANY
Administrative Offices At 11222 Quail Roost Drive, Miami, FL 33157-6596

## COMMERCIAL LENDER'S PROTECTION PROGRAM
## SPECIAL PROVISIONS APPLICABLE TO MOBILE HOMES
(To be attached to the Master Policy and Certificate of Insurance)

It is understood and agreed that the Master Policy/Certificate of Insurance is amended as follows.

I. The following provisions have been amended:

### DEFINITIONS

The following definitions have been added:

"Actual Cash Value" means the amount it would cost to repair or replace damaged property with material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

"Flood" means a general temporary condition of partial or complete covering of normally dry land areas resulting from:
1. the overflow of inland tidal water;
2. the unusual and rapid build-up or run-off of surface water from any source;
3. mud slides or mud flows that are caused by the build-up of water on or under the ground;
4. collapse or sinking of land along the shore of a body of water, as a result of erosion or undermining caused by waves or currents of water exceeding the normal levels that result in a Flood.

**NOTE:** Flood, as defined above, is at least as broad as that offered by the Standard Flood Insurance Dwelling Policy.

"Total Loss" means that the cost to repair the damage to the Mobile Home plus the salvage value exceeds the actual cash value of the Mobile Home prior to a loss.

### COLLATERAL NOT COVERED

Item 11. is deleted in its entirety:

### OTHER COVERAGES

The following coverages have been added:

5. <u>Additional Living Expense</u>: We will pay the the Additional Insured up to $20 a day for a maximum of 30 days for reasonable Additional Living Expenses the Additional Insured pays when the Additional Insured can't live in the Additional Insured's Mobile Home because it is damaged or destroyed by a peril insured against in the Master Policy/Certificate of Insurance. Our payment ends when the Additional Insured's Mobile Home is repaired or replaced or seven days after We have offered to make a reasonable cash settlement. We need paid receipts to verify the Additional Insured's reasonable additional living expenses incurred in addition to the Additional Insured's normal living expenses.

6. <u>Debris Removal</u>: We will pay the actual cost up to $50 for reasonable expenses You or the Additional Insured incur to remove debris of Collateral covered from the Additional Insured's premises following a loss from a peril We insure against.

### PERILS INSURED AGAINST

Item 2. is deleted and replaced by the following:

2. Freezing;

<u>Pair and Sets</u> – In case of loss to part of a pair, set, series of objects, pieces, or panels, either interior or exterior, We may:

1.  Repair or replace any part to restore the pair or set to its value before the loss; or

2.  Pay the difference between actual cash value of the pair or set before and after the loss.

We cannot guarantee the availability of parts or replacements. We will not be obligated to repair or replace, the entire pair, set, or series of objects, piece, or panel when a part is lost or damaged. Matching existing or adjacent part, piece, or panel will be attempted but not required.

<u>Tie-Downs</u> – We will pay the replacement cost or repair cost, whichever is less, for loss or damage to the Mobile Home tie-down anchoring system. We will not pay for loss or damage from rust, corrosion or faulty installation.

Our Payment Methods are subject to the deductible and amounts as shown on the Declarations Page or elsewhere in the Master Policy/Certificate of Insurance for the specific type of loss involved.

**ALL OTHER TERMS AND CONDITIONS OF THE MASTER POLICY AND CERTIFICATE APPLY.**





718 (5/02) 700/14000

TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
1-800-542-3590

DATE/AMOUNT

99837373471
150·
230027041S9001

01/08/02
*388 00

EMPLOYEE

▼DETACH HERE▼

99837373471

KEEP THIS STUB
FOR YOUR RECORDS

GLOBAL EXPRESS MONEY ORDERS, INC. PURCHASER; CLAIM RECEIPT
RETAIN THIS RECEIPT AS PROOF OF PURCHASE

195540496

PAY TO

06/10/03

$500.00

IF YOUR MONEY ORDER WAS LOST, MIS-
PLACED OR NOT RECEIVED BY THE PAYEE,
OBTAIN A TRACER/REFUND REQUEST FORM
FROM THE PLACE OF PURCHASE OR WHEREVER
GLOBAL EXPRESS TRUSTEE. THERE IS A
RESEARCH FEE AS NOTED ON THE TRAC-
ER/REFUND REQUEST FORM.

MONEY ORDER CONDITIONS OF SALE

1.) That the purchaser agrees to inscribe in ink, his name, address, date and name
of the Payee and assumes responsibility for all results of his failure to do so.
2.) That no request for refund be made unless this claim receipt is submitted
therewith.
3.) Copies of Money Orders will only be provided for 2 years from the date of
purchase.
4.) Global Express Money Orders, Inc. does not have to stop payment on Money Orders

GIFT CERTIFICATE CONDITIONS OF SALE (MERCHANT AGREEMENT)

Unless this Gift Certificate is forged, altered, stolen, counterfeited or wrongly issued, the
company named as the "Pay to the order of" line agrees to exchange a for merchandise only.
THERE IS A RECORD MAINTENANCE SERVICE CHARGE (AS PERMITTED BY LAW) IF THIS
MONEY ORDER/GIFT CERTIFICATE IS NOT CASHED (PRESENTED FOR PAYMENT)
WITHIN 1 YEAR FROM DATE OF PURCHASE. SEE REVERSE SIDE FOR DETAILS.



TRAVELERS EXPRESS COMPANY, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
1-800-542-3590

DATE/AMOUNT

454.28156.93        12/06/2004
092        MN        $55.00

0030000019092  PLEASE READ TERMS ON REVERSE SIDE        EMPLOYEE

4542815693⑨

▼ DETACH HERE ▼

KEEP THIS STUB
FOR YOUR RECORDS



