Description of Property

Trade Name : Fleetwood    Model : Sunpointe   Year : 1988   Used Length: 44 ft  Width: 24 ft. Serial #s FLFLH32a09663ST

Title No. 45133130

This Instrument Prepared By and Return To:

Carlos Zayas

# SALE AGREEMENT

This Sale agreement, made this 21 day of the month of February of the year 2007. Between Carlos Zayas addresss, 1111 Bluegrass Dr Groveland Fl 34736 grantor,
To Miledys A. Cordero a single woman, whose address 20221 NW 52 CT MIAMI FL 33055 is . Grantee.

Witnesseth, that the grantor, for and in consideration of the sum of $30,000.00 ( Thirty thousand and 00 and 100) dollars, Receiving the payment in the following form of payment :

Date :  02/21/2007         Amount   $15.000.00

AND TAKING OVER THE LOAN WITH GREEN TREE BANK.

I PROMISE TO CONTINUE PAYING $500.00 EVERY MONTH UNTIL THE FULL BALANCE IS PAID OFF.

and other good and valuable consideration to Grantor in hand paid by grantee, the receipt of which is hereby acknowledged, has granted, bargained and to the said Grantee and Grantee' heirs and assigns once she pays in full the amount, the following described Property, situated, lying and being in the county of Broward, State of Florida, to wit:

Trade Name : Fleetwood    Model : Sunpointe   Year : 1988   Used Length: 44 ft  Width: 24 ft. Serial #s FLFLH32a09663ST

Title No. 45133130

To Have and Hold the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate

In Witness Whereof, the grantor has hereunto set he/she hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Carlos Zayas
Propietor

State of : Florida
County of : Broward

The foregoing instrument was acknowledged before me on this 21 day of February of the year 2009. By Carlos Zayas who is personally known to me or who has produced FL Drivers License Z200-101-65-067-0 as identification.

#DD 486894