IN THE CIRCUIT COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION
CASE NO. 10-40801-CA 01

GREEN TREE SERVICING, LLC,
9119 Corporate Lake Drive, Suite 175
Tampa, FL 33634

    Plaintiff(s),

v.

JOSE E. FALCON, YOANDRA FALCON,
and THE UNKNOWN TENANTS IN
POSSESSION,

    Defendants.
_____/

### ORDER ON OCTOBER 14, 2010, HEARING TO SHOW CAUSE

THIS CAUSE, having come before the Court on October 14, 2010, the Court having heard argument of counsel and reviewed the file, finds as follows:

IT IS ORDERED AND ADJUDGED that:

1. The Court waited half an hour past the noticed hearing time, but Defendant Jose E. Falcon failed to appear. Mr. Falcon is deemed to have waived his right to a hearing on this matter. Mr. Falcon failed to show cause why the property claimed by Plaintiff in the Complaint filed in this action should not be taken from the possession of Defendant and delivered to Plaintiff. Accordingly, Mr. Falcon's interest in the property, to the extent he has any, is hereby terminated.

2. The Court waited half an hour past the noticed hearing time, but Defendant Yoandra Falcon failed to appear. Ms. Falcon is deemed to have waived her right to a hearing on this matter. Ms. Falcon failed to show cause why the property claimed by Plaintiff in the

Complaint filed in this action should not be taken from the possession of Defendant and delivered to Plaintiff. Accordingly, Ms. Falcon's interest in the property, to the extent she has any, is hereby terminated.

3. Defendant, Milady Cordero, also known as "unknown tenant in possession," appeared and presented evidence of the filing of a voluntary petition in a Chapter 13 bankruptcy in the United States Bankruptcy Court for the Southern District of Florida, Case No. 10-41221-RAM, alleging that the property is part of the bankruptcy estate.

4. The automatic stay is in effect.

5. This action is therefore stayed as to Ms. Cordero unless relief from the stay is granted by the bankruptcy court.

6. The Court reserves ruling on the Order to Show Cause as to Defendant, Milady Cordero, and therefore no writ of replevin shall issue.

ORDERED in Miami-Dade County, Florida this _____ day of _____ 2010.

David C. Miller
Circuit Court Judge

OCT 21 2010

_____
Circuit Judge David C. Miller

Conformed Copy

Copies to: Counsel of Record
Jose E. Falcon
Yoandra Falcon

2