```
─────────────────────────── VEHICLE INFO ───────────────────────────
VEHICLE ID NUM:   FLFLH32A09663ST
VEHICLE TYPE:     MH              NET WEIGHT:              YEAR MAKE:      1988
ODOMETER MILES:                   GVW:                     VEHICLE MAKE:
ODOMETER STATUS:                  VEHICLE USE:P            BODY:           HS
ODOMETER TYPE:                    FUEL TYPE:               INHOUSE MAKE:   SUNP
ODOMETER DATE:                    MAJOR COLOR:UNK          MINOR COLOR:

─────────────────────────── TITLE INFO ───────────────────────────
TITLE NUMBER:     45133130        PENDING:NO               CANCEL DATE:
ISSUE DATE:       04/04/1996                               CANCEL STATE: FL
SALVAGE TYPE:                                              EFS STATUS:
TITLE STATUS:     TRANSFER                                 ELT STATUS:

                              BRAND INFO
BRAND CODE:            NO BRANDS ON FILE       JUR:        BRAND DATE:

─────────────────────────── OWNER INFO ───────────────────────────
FEID/DL NUMBER:                                            OWNER NUMBER:   1
BIRTH DATE/SEX:   01/31/1900  /  M                         RES COUNTY:     1
OWNER NAME:       FALCON, JOSE E
OWNER ADDR:       20221 NW 52 CT
                  MIAMI, FL   33055-4697
AND
LEGAL OWNERSHIP:

─────────────────────────── REGISTRATION INFO ───────────────────────────
LICENSE PLATE:                                             DECAL NUMBER:
PLATE CODE:                                                DECAL YEAR:
ISSUE DATE:                                                ISSUE DATE:
ARF CREDIT:                                                EXPIRE DATE:    01/31/1997
REG USE:          GE                                       UNIT NUM/FLEET:
CLASS CODE:       051                                      LOCATION CODE: 1  66
COMMENTS:

─────────────────────────── REGISTRANT INFO ───────────────────────────
FEID/DL NUMBER:                                            REGISTRANT NUM: 1
REGIS. DOB/SEX:   01/31/1900  /  M                         RES COUNTY:     1
REGISTRANT NAME:  FALCON, JOSE E
REGISTRANT ADDR:  20221 NW 52 CT
                  MIAMI, FL   33055-4697

─────────────────────────── LIEN HOLDER INFO ───────────────────────────
FEID/DL NUMBER:                                            LIEN NUMBER:    1
LIEN DOB/SEX:                                              RES COUNTY:
LIEN DATE:        03/11/1996         LIEN                  ELT FLAG:
                                     RECEIVED:
LIEN HLDR NAME:   BAHS BANK OF AMERICA FSB
LIEN HLDR ADDR:   12250 KIRKHAM RD STE A
                  POWAY, CA   92064
```

APR 15 2010

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of Motor
Vehicles of the State of Florida, hereby
certify that this is a true and correct copy
of the Motor Vehicle record on file in this office.

CARL A. FORD, DIRECTOR
DIVISION OF MOTOR VEHICLES
DEPT OF HIGHWAY SAFETY AND
MOTOR VEHICLES