```
GREEN TREE SERVICING     CUSTOMER HISTORY INQUIRY              DATE 3/17/11
PROGRAM- CLR993     DATE RANGE: FROM 3/15/96 TO 3/16/11        PAGE 1
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E             Due Date: 3/11/2010 Reg Payment:   260.00
Previous Account#: 35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 3/15/96 | 200 | | 23991.70 | 23991.70 | | | 3/11/96 |
| 4/16/96 | 100 | | 260.00 | 25.08 | 234.92 | | 4/11/96 |
| 5/20/96 | 100 | | 260.00 | 25.33 | 234.67 | | 5/11/96 |
| 6/19/96 | 100 | | 260.00 | 25.57 | 234.43 | | 6/11/96 |
| 7/23/96 | 100 | | 260.00 | 25.83 | 234.17 | | 7/11/96 |
| 9/17/96 | 100 | | 260.00 | 26.08 | 233.92 | | 8/11/96 |
| 9/30/96 | 100 | | 260.00 | 26.33 | 233.67 | | 9/11/96 |
| 9/30/96 | 100 | | 5.00 | | | 5.00 | 10/11/96 |
| | UAF | | | | | | |
| 10/28/96 | 100 | | 260.00 | 26.59 | 233.41 | | 10/11/96 |
| | UAF | | | | | 5.00- | |
| 10/28/96 | 100 | | 10.00 | | | 10.00 | 11/11/96 |
| | QUD | | | | | | |
| 10/29/96 | 100 | | 10.00 | | | 10.00 | 10/29/96 |
| | UAF | | | | | | |
| 12/05/96 | 100 | | 260.00 | 26.85 | 233.15 | | 11/11/96 |
| 12/31/96 | 100 | | 260.00 | 27.11 | 232.89 | | 12/11/96 |
| 12/31/96 | 100 | | 5.00 | | | 5.00 | 1/11/97 |
| | UAF | | | | | | |
| 1/29/97 | QUD | | 5.00 | | | 5.00 | 1/29/97 |
| | UAF | | | | | | |
| 1/31/97 | 151 | | 581.00 | 581.00 | | | 1/31/97 |
| 1/31/97 | 211 | | 260.00 | 27.38 | 232.62 | | 1/31/97 |
| 2/18/97 | 100 | | 270.00 | 27.65 | 232.35 | | 1/11/97 |
| 2/18/97 | 100 | | | | | 10.00 | 2/11/97 |
| | LAT | | | | | | |
| 4/21/97 | 100 | | 260.00 | 27.92 | 232.08 | | 3/11/97 |
| 4/21/97 | 100 | | 3.72 | | 5.50 | 3.72 | 4/11/97 |
| | UAF | | | | | | |
| 4/21/97 | 150 | | 86.28 | 80.78 | | | 3/11/97 |
| 4/28/97 | QUD | | 3.72 | | | 3.72 | 4/28/97 |
| | UAF | | | | | | |
| 5/15/97 | 100 | | 260.00 | 28.19 | 231.81 | | 4/11/97 |
| 5/15/97 | 100 | | 1.28 | | | 1.28 | 5/11/97 |
| | UAF | | | | | | |
| 5/15/97 | 150 | | 86.28 | 81.38 | 4.90 | | 4/11/97 |
| 6/09/97 | 100 | | 260.00 | 28.47 | 231.53 | | 5/11/97 |
| 6/09/97 | 100 | | 2.28 | | | 1.28- | 6/11/97 |
| | UAF | | | | | | |
| 6/09/97 | 150 | | 86.28 | 82.18 | 4.10 | 2.28 | |
| 6/27/97 | QUD | | 2.28 | | | | 5/11/97 |
| | UAF | | | | | 2.2B | 6/27/97 |
| 7/21/97 | 100 | | 260.00 | 28.75 | 231.25 | | 6/11/97 |
| 7/21/97 | 150 | | 86.28 | 82.98 | 3.30 | | 6/11/97 |
| 8/06/97 | 100 | | 260.00 | 29.03 | 230.97 | | 7/11/97 |
| 8/06/97 | 150 | | 86.28 | 83.80 | 2.48 | | 7/11/97 |
| 8/25/97 | 100 | | 260.00 | 29.31 | 230.69 | | 8/11/97 |
| 8/25/97 | 150 | | 86.28 | 84.62 | 1.66 | | 8/11/97 |
| 9/02/97 | 100 | | 260.00 | 29.60 | 230.40 | | 9/11/97 |
| 9/04/97 | 100 | | .41 | | | .41 | 10/11/97 |
| | UAF | | | | | | |

```
GREEN TREE SERVICING           CUSTOMER HISTORY INQUIRY                      DATE 3/17/11
PROGRAM- CLR993    DATE RANGE: FROM 3/15/96 TO 3/16/11                       PAGE   2
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E                  Due Date: 3/11/2010 Reg Payment:      260.00
Previous Account#: 35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 9/04/97 | 150 | | 85.87 | 85.26 | .61 | | 9/02/97 |
| 10/29/97 | 151 | | | | | | 10/29/97 |
| 10/29/97 | 211 | | 570.00 | 570.00 | | | 10/29/97 |
| 10/30/97 | QUD | | .41 | | | .41 | 10/30/97 |
| 11/24/97 | UAF 100 | | 260.00 | 29.89 | 230.11 | | 10/11/97 |
| 11/24/97 | 100 | | 98.00 | | | 98.00 | 11/11/97 |
| 12/26/97 | UAF 100 | | 260.00 | 30.18 | 229.82 | | 11/11/97 |
| 12/26/97 | 100 | | | | | 98.00- | 12/11/97 |
| | UAF | | | | | | |
| 1/30/98 | 100 | | 195.00 | | | 195.00 | 12/11/97 |
| 1/30/98 | 100 | | 260.00 | 30.48 | 229.52 | | 12/11/97 |
| | UAF | | | | | | |
| 1/30/98 | 100 | | 260.00 | 30.78 | 229.22 | 195.00- | 1/11/98 |
| 1/30/98 | 100 | | 26.00 | | | 26.00 | 2/11/98 |
| | UAF | | | | | | |
| 1/30/98 | 150 | | 60.11 | 54.72 | 5.39 | | 12/11/97 |
| 1/30/98 | 150 | | 60.11 | 55.06 | 5.05 | | 1/11/98 |
| 2/04/98 | 120 | | 16.30 | 16.30 | | | 2/04/98 |
| | UAF | | | | | | |
| 2/04/98 | 100 | | 269.59 | 31.11 | 228.89 | 16.30- | 2/11/98 |
| | LAT | | | | | 9.59 | |
| | UAF | | | | | 9.70- | |
| 2/04/98 | 150 | | 60.11 | 55.60 | 4.51 | | 2/11/98 |
| 3/09/98 | 120 | | .89 | .89 | | .89- | 3/09/98 |
| | UAF | | | | | | |
| 3/09/98 | 100 | | 260.89 | 31.54 | 228.46 | .89 | 3/11/98 |
| 3/09/98 | 150 | | 60.11 | 56.15 | 3.96 | | 3/11/98 |
| 4/13/98 | 100 | | 260.89 | 31.86 | 228.14 | | 4/11/98 |
| | UAF | | | | | | |
| 4/13/98 | 120 | | .89 | .89 | | .89- | 4/13/98 |
| | UAF | | | | | | |
| 4/13/98 | 150 | | 60.11 | 56.70 | 3.41 | | 4/11/98 |
| 6/25/98 | 100 | | 260.00 | 32.18 | 227.82 | | 5/11/98 |
| 6/25/98 | 100 | | 5.89 | | | 5.89 | 6/11/98 |
| | UAF | | | | | | |
| 6/25/98 | 150 | | 60.11 | 57.25 | 2.86 | | 5/11/98 |
| 7/07/98 | QUD | | 5.00 | | | 5.00 | 7/07/98 |
| | UAF | | | | | | |
| 7/23/98 | 100 | | 260.00 | 32.50 | 227.50 | .89- | 6/11/98 |
| 7/23/98 | UAF 100 | | .78 | | | .78 | 7/11/98 |
| 7/23/98 | 150 | | 60.11 | 57.81 | 2.30 | | 6/11/98 |
| 8/13/98 | 100 | | 260.00 | 32.81 | 227.19 | | 7/11/98 |
| | UAF | | | | | | |
| 8/13/98 | 150 | | .78 | | | .78- | 7/11/98 |
| | UAF | | | | | | |
| 8/20/98 | 100 | | 260.00 | 33.13 | 226.87 | .78 | 8/11/98 |
| 8/20/98 | 150 | | 60.11 | 58.38 | 1.73 | | 7/11/98 |

```
GREEN TREE SERVICING        CUSTOMER HISTORY INQUIRY           DATE 3/17/11
PROGRAM- CLR993    DATE RANGE: FROM 3/15/96 TO 3/16/11         PAGE    3
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E            Due Date: 3/11/2010 Reg Payment:   260.00
Previous Account#:  35301780

TRAN      TRAN
DATE      CODE    DUE    AMOUNT    PRINCIPAL   INTEREST    OTHER    BACK
8/20/98   UAF                                                .78-
          150              .67                               .67    8/11/98
9/10/98   UAF
          100           260.00       33.46      226.54              9/11/98
9/10/98   150            60.11       58.95        1.16              8/11/98
          UAF                                                .67-
9/11/98   120            30.56       30.56                          9/11/98
10/27/98  151                                                      10/27/98
11/25/98  100           570.00      570.00                         10/11/98
11/25/98  211           260.00       33.79      226.21             11/11/98
          100            30.90
          UAF                                               30.90
11/27/98  151             .03          .03                         11/25/98
11/27/98  150            30.10       28.79        1.31             11/25/98
12/21/98  100           260.00       34.12      225.88             11/11/98
          UAF                                               30.90-
12/21/98  100             5.90                                     12/11/98
          UAF                                                5.90
1/15/99   QUD             5.00                                      1/15/99
          UAF                                                5.00
2/05/99   100           260.00       34.45      225.55             12/11/98
          UAF                                                 .90-
2/05/99   100           260.00       34.79      225.21              1/11/99
          150              .68                                      2/11/99
2/05/99   150            60.11       54.71        5.40             12/11/98
2/22/99   100            60.11       55.06        5.05              1/11/99
          QUD                                                 .68   2/22/99
3/26/99   100           260.00       35.13      224.87              2/11/99
3/26/99   150            60.11       55.60        4.51              2/11/99
4/16/99   100           260.00       35.47      224.53              3/11/99
4/16/99   100             1.89                                      4/11/99
          UAF                                                 .68
4/16/99   150            60.11       56.15        3.96              3/11/99
4/23/99   QUD             1.89                                      4/23/99
          UAF                                                1.89
5/11/99   100           260.00       35.82      224.18              4/11/99
5/11/99   100           260.00       36.17      223.83              5/11/99
5/11/99   150            60.11       56.70        3.41              4/11/99
5/11/99   150            59.89                                      5/11/99
          UAF                                               1.89
5/18/99   151            60.11       57.25        2.86              5/11/99
          UAF                                               59.89
6/24/99   100           260.00       36.53      223.47              5/11/99
6/24/99   150            60.00                                      6/11/99
          UAF                                               59.89-
6/29/99   151            60.11       57.81        2.30              6/11/99
          UAF                                               60.00
7/16/99   100           260.00       36.88      223.12              6/11/99
                                                            60.00-
9/13/99   100           260.00       37.24      222.76              7/11/99
9/13/99   150            60.11       58.38        1.73              8/11/99
                                                                    7/11/99
```

```
GREEN TREE SERVICING         CUSTOMER HISTORY INQUIRY                    DATE 3/17/11
PROGRAM: CLR993      DATE RANGE: FROM 3/15/96 TO 3/16/11                  PAGE  4
ACCOUNT NUMBER: 76503633   CK DIGIT: 0
Name: FALCON, JOSE E                      Due Date: 3/11/2010 Reg Payment:   260.00
Previous Account#: 35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 9/13/99 | 150 | UAF | 59.89 | | | 59.89 | 8/11/99 |
| 9/14/99 | 151 | UAF | 60.11 | 58.95 | 1.16 | | 8/11/99 |
| 10/15/99 | 100 | | 260.00 | 37.61 | 222.39 | | 9/11/99 |
| 10/15/99 | 150 | | 60.00 | 58.74 | 1.26 | 59.89- | 10/15/99 |
| 10/19/99 | 151 | | .65 | .65 | | | 10/19/99 |
| 10/26/99 | 151 | UAF | | | | | 10/26/99 |
| 10/26/99 | 211 | | 611.00 | 611.00 | | | 10/26/99 |
| 11/16/99 | 100 | | 260.00 | 37.98 | 222.02 | | 10/11/99 |
| 11/29/99 | 100 | | 260.00 | 38.35 | 221.65 | | 11/11/99 |
| 1/14/00 | 100 | | 260.00 | 38.72 | 221.28 | | 12/11/99 |
| 1/14/00 | 150 | UAF | 60.00 | | | 60.00 | 12/11/99 |
| 2/11/00 | 100 | | 260.00 | 39.10 | 220.90 | | 1/11/00 |
| 2/11/00 | 150 | UAF | 64.44 | 58.66 | 5.78 | 60.00- | 12/11/99 |
| 2/11/00 | 150 | UAF | 55.56 | | | 55.56 | 1/11/00 |
| 3/13/00 | 100 | | 260.00 | 39.49 | 220.51 | | 2/11/00 |
| 3/13/00 | 100 | | 260.00 | 39.87 | 220.13 | | 3/11/00 |
| 3/13/00 | 150 | | 64.44 | 59.03 | 5.41 | | 1/11/00 |
| 3/13/00 | 150 | UAF | 64.44 | 59.61 | 4.83 | | 2/11/00 |
| 4/27/00 | 150 | UAF | 46.68 | | | 46.68 | 3/11/00 |
| 4/27/00 | 100 | | 260.00 | 40.26 | 219.74 | | 4/11/00 |
| 4/27/00 | 100 | UAF | 11.80 | | | 11.80 | 5/11/00 |
| 4/27/00 | 150 | UAF | 64.44 | 60.19 | 4.25 | | 3/11/00 |
| 6/02/00 | QUD | | 64.44 | 60.78 | 3.66 | 46.68- | 4/11/00 |
| 6/08/00 | 150 | UAF | 11.80 | | | 11.80 | 6/02/00 |
| 6/08/00 | 100 | | 260.00 | 40.66 | 219.34 | | 5/11/00 |
| 7/31/00 | 150 | | 60.00 | | | 60.00 | 5/11/00 |
| 7/31/00 | 100 | | 260.00 | 41.06 | 218.94 | | 6/11/00 |
| 7/31/00 | 150 | UAF | 64.44 | 61.38 | 3.06 | 60.00- | 5/11/00 |
| 9/05/00 | 150 | UAF | 60.56 | | | 60.56 | 6/11/00 |
| 9/05/00 | 100 | | 260.00 | 41.46 | 218.54 | | 7/11/00 |
| 9/05/00 | 150 | | 64.44 | 61.98 | 2.46 | 60.56- | 6/11/00 |
| 9/05/00 | 150 | UAF | 56.12 | | | 56.12 | 7/11/00 |
| 9/18/00 | 100 | | 260.00 | 41.86 | 218.14 | | 8/11/00 |
| 9/18/00 | 150 | UAF | 64.44 | 62.59 | 1.85 | 56.12- | 7/11/00 |
| 9/18/00 | 150 | UAF | 51.68 | | | 51.68 | 8/11/00 |

```
GREEN TREE SERVICING           CUSTOMER HISTORY INQUIRY              DATE 3/17/11
PROGRAM- CLR993   DATE RANGE: FROM 3/15/96 TO 3/16/11                PAGE   5
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E              Due Date: 3/11/2010 Reg Payment:    260.00
Previous Account#:  35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 10/20/00 | 211 |  | 644.00 | 644.00 |  |  | 10/20/00 |
| 10/24/00 | 151 |  |  |  |  |  | 10/24/00 |
| 10/24/00 | 211 |  | 500.00 | 500.00 |  |  | 10/24/00 |
| 11/07/00 | 100 |  | 260.00 | 42.27 | 217.73 |  | 9/11/00 |
| 11/07/00 | 100 |  | 260.00 | 42.69 | 217.31 |  | 10/11/00 |
| 11/07/00 | UAF |  | .10 |  |  | .10 | 11/11/00 |
| 11/07/00 | 150 |  | 64.44 | 63.20 | 1.24 |  | 8/11/00 |
| 11/07/00 | UAF |  |  |  |  | 51.68- |  |
| 11/07/00 | 150 |  | 67.14 | 63.58 | 1.83 |  | 11/07/00 |
| 12/01/00 | QUD |  | .10 |  |  |  | 12/01/00 |
| 12/08/00 | UAF | 100 | 260.00 | 43.11 | 216.89 |  | 11/11/00 |
| 12/08/00 | 100 |  | 60.00 |  |  | 60.00 | 12/11/00 |
| 1/08/01 | 100 |  | 260.00 | 43.53 | 216.47 |  | 12/11/00 |
| 1/08/01 | UAF |  |  |  |  | 60.00- |  |
| 1/08/01 | 100 |  | 2.75 |  |  | 2.75 | 1/11/01 |
| 1/08/01 | UAF |  |  |  |  |  |  |
| 1/08/01 | 150 |  | 62.04 | 57.63 | 4.41 |  | 11/11/00 |
| 1/08/01 | 150 |  | 62.04 | 56.30 | 5.74 |  | 12/11/00 |
| 1/08/01 | 150 |  | 48.17 | 43.44 | 4.73 |  | 12/11/00 |
| 2/02/01 | QUD |  | 2.75 |  |  | 2.75 | 2/02/01 |
| 3/05/01 | UAF |  |  |  |  |  |  |
| 3/05/01 | 100 |  | 260.00 | 43.95 | 216.05 |  | 1/11/01 |
| 3/05/01 | 100 |  | 260.00 | 44.38 | 215.62 |  | 2/11/01 |
| 3/05/01 | 150 |  | 62.04 | 56.85 | 5.19 |  | 1/11/01 |
| 3/05/01 | 150 |  | 59.79 |  |  | 59.79 | 2/11/01 |
| 3/05/01 | UAF |  |  |  |  |  |  |
| 3/05/01 | 150 |  | 48.17 | 43.70 | 4.47 |  | 1/11/01 |
| 6/21/01 | 100 |  | 67.90 |  |  | 67.90 | 3/11/01 |
| 6/21/01 | UAF |  |  |  |  |  |  |
| 6/21/01 | 100 |  | 260.00 | 44.82 | 215.18 |  | 3/11/01 |
| 6/21/01 | 100 |  | 260.00 | 45.26 | 214.74 |  | 4/11/01 |
| 6/21/01 | 100 |  | 260.00 | 45.70 | 214.30 |  | 5/11/01 |
| 6/21/01 | 100 |  | 260.00 | 46.15 | 213.85 |  | 6/11/01 |
| 6/21/01 | 150 |  | 62.04 | 57.41 | 4.63 |  | 2/11/01 |
| 6/21/01 | UAF |  |  |  |  | 59.79- |  |
| 6/21/01 | 150 |  | 62.04 | 57.97 | 4.07 |  | 3/11/01 |
| 6/21/01 | 150 |  | 62.04 | 58.54 | 3.50 |  | 4/11/01 |
| 6/21/01 | 150 |  | 62.04 | 59.11 | 2.93 |  | 5/11/01 |
| 6/21/01 | 150 |  | 62.04 | 59.69 | 2.35 |  | 6/11/01 |
| 6/21/01 | 150 |  | 48.17 | 44.13 | 4.04 |  | 2/11/01 |
| 6/21/01 | 150 |  | 48.17 | 44.56 | 3.61 |  | 3/11/01 |
| 6/21/01 | 150 |  | 48.17 | 45.00 | 3.17 |  | 4/11/01 |
| 6/21/01 | 150 |  | 48.17 | 45.44 | 2.73 |  | 5/11/01 |
| 6/21/01 | 150 |  | 48.17 | 45.88 | 2.29 |  | 6/11/01 |
| 7/10/01 | 100 |  | 260.00 | 46.60 | 213.40 |  | 7/11/01 |
| 7/10/01 | 150 |  | 62.04 | 60.27 | 1.77 |  | 7/11/01 |
| 7/10/01 | 150 |  | 48.17 | 46.33 | 1.84 |  | 7/11/01 |
| 9/21/01 | 100 |  | 260.00 | 47.06 | 212.94 |  | 8/11/01 |

```
GREEN TREE SERVICING              CUSTOMER HISTORY INQUIRY                    DATE 3/17/11
PROGRAM- CLR993        DATE RANGE: FROM 3/15/96 TO 3/16/11                    PAGE   6
ACCOUNT NUMBER: 76503633   CK DIGIT: 0
Name: FALCON, JOSE E                Due Date: 3/11/2010 Reg Payment:   260.00
Previous Account#: 35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 9/21/01 | 100 | | 260.00 | 47.52 | 212.48 | | 9/11/01 |
| 9/21/01 | 150 | | 62.04 | 60.86 | 1.18 | | 8/11/01 |
| 9/21/01 | 150 | | 48.17 | 46.78 | 1.39 | | 8/11/01 |
| 9/21/01 | 150 | | 48.17 | 47.24 | .93 | | 9/11/01 |
| 9/24/01 | 150 | | 62.04 | 59.37 | .79 | | 9/21/01 |
| 10/18/01 | 211 | | 628.00 | 628.00 | | | 10/18/01 |
| 12/03/01 | 100 | | 260.00 | 47.98 | 212.02 | | 10/11/01 |
| 12/03/01 | 100 | | 61.23 | | | 61.23 | 11/11/01 |
| | UAF | | | | | | |
| 12/03/01 | 150 | | 48.77 | 47.48 | 1.29 | | 12/03/01 |
| 12/04/01 | 151 | | .02 | .02 | | | 12/04/01 |
| 12/19/01 | 100 | | 260.00 | 48.45 | 211.55 | | 11/11/01 |
| | UAF | | | | | 61.23- | |
| 12/19/01 | 100 | | 15.55 | | | 15.55 | 12/11/01 |
| | UAF | | | | | | |
| 12/19/01 | 150 | | 60.50 | 55.79 | 4.71 | | 11/11/01 |
| 1/04/02 | QUD | | 15.00 | | | 15.00 | 1/04/02 |
| | UAF | | | | | | |
| 1/11/02 | 211 | | 537.00 | 537.00 | | | 1/11/02 |
| 1/16/02 | 100 | | 260.00 | 48.93 | 211.07 | | 12/11/01 |
| | UAF | | | | | | |
| 1/16/02 | 100 | | .55 | | | .55- | 1/11/02 |
| | UAF | | | | | | |
| 1/16/02 | 150 | | 60.50 | 54.90 | 5.60 | | 12/11/01 |
| 2/06/02 | 100 | | 260.00 | 49.41 | 210.59 | .55 | 1/11/02 |
| | UAF | | | | | .55- | |
| 2/06/02 | 100 | | 1.05 | | | | 2/11/02 |
| | UAF | | | | | | |
| 2/06/02 | 150 | | 60.50 | 55.43 | 5.07 | | 1/11/02 |
| 3/01/02 | QUD | | 1.05 | | | 1.05 | 3/01/02 |
| | UAF | | | | | | |
| 3/29/02 | 100 | | 260.00 | 49.89 | 210.11 | | 2/11/02 |
| 3/29/02 | 150 | | 56.63 | 51.37 | 5.26 | | 2/11/02 |
| 3/29/02 | 150 | | 60.50 | 55.98 | 4.52 | | 2/11/02 |
| 4/09/02 | 100 | | 260.00 | 50.38 | 209.62 | | 3/11/02 |
| 4/09/02 | 100 | | .13 | | | .13 | 4/11/02 |
| | UAF | | | | | | |
| 4/09/02 | 150 | | 56.63 | 51.87 | 4.76 | | 3/11/02 |
| 4/09/02 | 150 | | 60.50 | 56.53 | 3.97 | | 3/11/02 |
| 4/23/02 | 100 | | 260.00 | 50.87 | 209.13 | | 4/11/02 |
| | UAF | | | | | | |
| 4/23/02 | 150 | | 56.63 | 52.38 | 4.25 | | 4/11/02 |
| 4/23/02 | 150 | | 3.50 | | | .13- | 4/11/02 |
| | UAF | | | | | 3.50 | |
| 5/14/02 | 100 | | 260.00 | 51.37 | 208.63 | | 5/11/02 |
| 5/14/02 | 150 | | 56.63 | 52.90 | 3.73 | | 5/11/02 |
| 5/14/02 | 150 | | 60.50 | 57.08 | 3.42 | | 4/11/02 |
| 5/14/02 | UAF | | 58.37 | | | 3.50- | 5/11/02 |
| | | | | | | 58.37 | |
| 8/07/02 | 100 | | 260.00 | 51.87 | 208.13 | | 6/11/02 |
| 8/07/02 | 100 | | 116.74 | | | | 7/11/02 |

```
GREEN TREE SERVICING         CUSTOMER HISTORY INQUIRY                    DATE 3/17/11
PROGRAM- CLR993      DATE RANGE: FROM 3/15/96 TO 3/16/11                 PAGE    7
ACCOUNT NUMBER: 76503633   CK DIGIT: 0
Name: FALCON, JOSE E              Due Date: 3/11/2010 Reg Payment:   260.00
Previous Account#: 35301780

TRAN      TRAN
DATE      CODE  DUE   AMOUNT    PRINCIPAL   INTEREST    OTHER      BACK
8/07/02   UAF                                           116.74
8/07/02   150         56.63      53.41        3.22                 6/11/02
8/07/02   150         60.50      57.64        2.86                 5/11/02
8/07/02   UAF                                            58.37-
9/06/02   150         60.50      58.20        2.30                 6/11/02
9/06/02   100        260.00      52.38      207.62                 7/11/02
9/06/02   UAF                                           116.74-
9/06/02   100         59.61                                        8/11/02
9/06/02   UAF                                            59.61
9/06/02   150         56.63      53.94        2.69                 7/11/02
9/06/02   150         60.50      58.77        1.73                 7/11/02
9/27/02   100        260.00      52.89      207.11                 8/11/02
9/27/02   UAF                                            59.61-
9/27/02   100         59.61                                        9/11/02
9/27/02   UAF                                            59.61
9/27/02   150         56.63      54.46        2.17                 8/11/02
11/08/02  150         60.50      59.35        1.15                 8/11/02
11/08/02  100        260.00      53.41      206.59                 9/11/02
11/08/02  UAF                                            59.61-
11/08/02  100           .49                                       10/11/02
11/08/02  UAF                                              .49
11/08/02  150         56.63      55.00        1.63                 9/11/02
11/08/02  150         59.99      58.30        1.69                11/08/02
11/12/02  151           .03        .03                            11/12/02
11/15/02  211        628.00     628.00                            11/15/02
12/02/02  100        260.00      53.93      206.07                10/11/02
12/02/02  UAF                                              .49-
12/02/02  100         65.86                                       11/11/02
12/02/02  UAF                                            65.86
12/02/02  150         56.63      55.54        1.09                10/11/02
12/13/02  150        260.00      54.46      205.54                11/11/02
12/13/02  UAF                                            65.86-
12/13/02  100          5.59                                       12/11/02
12/13/02  UAF                                             5.59
12/13/02  150         57.27      56.13        1.14                12/12/02
1/03/03   QUD          5.59                                        1/03/03
1/03/03   UAF                                             5.59
1/10/03   100        260.00      55.00      205.00                12/11/02
1/10/03   100         33.36                                        1/11/03
1/10/03   UAF                                            33.36
1/11/03   150         66.23      60.90        5.33                12/11/02
3/11/03   100        260.00      55.53      204.47                 1/11/03
3/11/03   UAF                                            33.36-
3/11/03   100         260.00     56.08      203.92                 2/11/03
3/11/03   UAF                                              .90
3/11/03   150         66.23      60.68        5.55                 1/11/03
3/11/03   150         66.23      61.27        4.96                 2/11/03
3/12/03   211        253.00     253.00                             3/12/03
3/28/03   QUD            .90                                       3/28/03
6/10/03   UAF                                              .90
6/10/03   100        260.00      56.63      203.37                 3/11/03
```

```
GREEN TREE SERVICING           CUSTOMER HISTORY INQUIRY                DATE 3/17/11
PROGRAM- CLR993      DATE RANGE: FROM 3/15/96 TO 3/16/11               PAGE 8
ACCOUNT NUMBER: 76503633   CK DIGIT: 0
Name: FALCON, JOSE E                Due Date:  3/11/2010 Reg Payment:  260.00
Previous Account#:  35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 6/10/03 | 100 | | 260.00 | 57.18 | 202.82 | | 4/11/03 |
| 6/10/03 | 100 | | 260.00 | 57.74 | 202.26 | | 5/11/03 |
| 6/10/03 | 100 | | 260.00 | 58.31 | 201.69 | | 6/11/03 |
| 6/10/03 | 150 | | 66.23 | 61.87 | 4.36 | | 3/11/03 |
| 6/10/03 | 150 | | 66.23 | 62.48 | 3.75 | | 4/11/03 |
| 6/10/03 | 150 | | 66.23 | 63.09 | 3.14 | | 5/11/03 |
| 6/10/03 | 150 | | 66.23 | 63.71 | 2.52 | | 6/11/03 |
| 6/10/03 | 150 | | 33.03 | 30.64 | 2.39 | | 4/11/03 |
| 6/10/03 | 150 | | 33.03 | 30.85 | 2.18 | | 5/11/03 |
| 6/10/03 | UAF | | 3.02 | | | 3.02 | 6/11/03 |
| 9/10/03 | 151 | | | | | | 9/10/03 |
| 9/10/03 | 211 | | 1078.06 | 1078.06 | | | 9/10/03 |
| 9/29/03 | 100 | | 260.00 | 58.88 | 201.12 | | 7/11/03 |
| 9/29/03 | 100 | | 260.00 | 59.45 | 200.55 | | 8/11/03 |
| 9/29/03 | UAF | | 1.47 | | | 1.47 | 9/11/03 |
| 9/29/03 | 150 | | 66.23 | 64.33 | 1.90 | | 7/11/03 |
| 9/29/03 | 150 | | 66.23 | 64.96 | 1.27 | | 8/11/03 |
| 9/29/03 | 150 | | 33.03 | 31.15 | 1.88 | | 6/11/03 |
| 9/29/03 | UAF | | | | | | |
| 9/29/03 | 150 | | 33.03 | 31.46 | 1.57 | | 7/11/03 |
| 9/29/03 | 150 | | 33.03 | 31.77 | 1.26 | | 8/11/03 |
| 10/17/03 | QUD | | 1.47 | | | 3.02- | 10/17/03 |
| 10/30/03 | 170 | | | | | | 10/11/03 |
| 10/30/03 | 151 | | | | | | 10/30/03 |
| 10/31/03 | 170 | | | | | | 9/11/03 |
| 10/31/03 | 110 | | | | | | 10/11/03 |
| 10/31/03 | QUD | | 1.47 | | | 1.47 | 10/11/03 |
| 10/31/03 | UAF | | 1.47- | | | 1.47 | 10/17/03 |
| 10/31/03 | 500 | | | | | 1.47- | |
| 11/05/03 | UAF | | | | | | |
| 11/05/03 | 100 | | 296.85 | 60.04 | 199.96 | 36.85 | 11/11/03 |
| 11/05/03 | LAT | | | | | | |
| 11/05/03 | 150 | | 66.48 | 64.66 | 1.82 | | 11/05/03 |
| 11/05/03 | 150 | | 33.03 | 32.08 | .95 | | 9/11/03 |
| 11/05/03 | 150 | | 33.03 | 32.39 | .64 | | 10/11/03 |
| 11/05/03 | 150 | | 33.73 | 32.66 | .27 | | 11/05/03 |
| 11/12/03 | 151 | | .05 | .05 | | | 11/12/03 |
| 11/24/03 | 151 | | | | | | 11/24/03 |
| 11/24/03 | 211 | | 185.00 | 185.00 | | | 12/11/03 |
| 2/10/04 | 100 | | 260.00 | 60.62 | 199.38 | | 11/24/03 |
| 2/10/04 | 100 | | 260.00 | 61.22 | 198.78 | | 1/11/04 |
| 2/10/04 | 150 | | 103.86 | 93.30 | 10.56 | | 11/11/03 |
| 2/10/04 | 150 | | 103.86 | 94.22 | 9.64 | | 12/11/03 |
| 2/10/04 | UAF | | 72.28 | | | 72.28 | 1/11/04 |
| 2/24/04 | 100 | | 260.00 | 61.82 | 198.18 | | 2/11/04 |
| 2/24/04 | 150 | | 103.86 | 95.14 | 8.72 | | 1/11/04 |
| 2/24/04 | UAF | | | | | 72.28- | |
| 2/24/04 | 150 | | 103.86 | 96.07 | 7.79 | | 2/11/04 |

```
GREEN TREE SERVICING         CUSTOMER HISTORY INQUIRY              DATE  3/17/11
PROGRAM- CLR993     DATE RANGE: FROM 3/15/96 TO 3/16/11            PAGE  9
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E                  Due Date: 3/11/2010 Reg Payment: 260.00
Previous Account#: 35301780
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 2/24/04 | 150 | | 17.82 | 16.01 | 1.81 | | 1/11/04 |
| 2/24/04 | 150 | | 17.82 | 16.17 | 1.65 | | 2/11/04 |
| 4/20/04 | 100 | | 260.00 | 62.42 | 197.58 | | 3/11/04 |
| 4/20/04 | 100 | | .32 | | | .32 | 4/11/04 |
| | UAF | | | | | | |
| 4/20/04 | 150 | | 103.86 | 97.01 | 6.85 | | 3/11/04 |
| 4/20/04 | 150 | | 17.82 | 16.32 | 1.50 | | 3/11/04 |
| 5/07/04 | QUD | | .32 | | | .32 | 5/07/04 |
| | UAF | | | | | | |
| 5/13/04 | 100 | | 260.00 | 63.03 | 196.97 | | 4/11/04 |
| 5/13/04 | 150 | | 103.86 | 97.96 | 5.90 | | 4/11/04 |
| 5/13/04 | 150 | | 17.82 | 16.48 | 1.34 | | 4/11/04 |
| 5/28/04 | 100 | | 260.00 | 63.65 | 196.35 | | 5/11/04 |
| 5/28/04 | 150 | | 103.86 | 98.92 | 4.94 | | 5/11/04 |
| 5/28/04 | 150 | | 17.82 | 16.64 | 1.18 | | 5/11/04 |
| 6/17/04 | 100 | | 260.00 | 64.27 | 195.73 | | 6/11/04 |
| 6/17/04 | 150 | | 103.86 | 99.89 | 3.97 | | 6/11/04 |
| 6/17/04 | 150 | | 17.82 | 16.81 | 1.01 | | 6/11/04 |
| 8/03/04 | 100 | | 260.00 | 64.90 | 195.10 | | 7/11/04 |
| 8/03/04 | 100 | | .82 | | | .82 | 8/11/04 |
| | UAF | | | | | | |
| 8/03/04 | 150 | | 103.86 | 100.87 | 2.99 | | 7/11/04 |
| 8/03/04 | 150 | | 17.82 | 16.97 | .85 | | 7/11/04 |
| 8/20/04 | QUD | | .82 | | | .82 | 8/20/04 |
| | UAF | | | | | | |
| 9/08/04 | 211 | | 1038.60 | 1038.60 | | | 9/08/04 |
| 9/08/04 | 151 | | | | | | 9/08/04 |
| 9/27/04 | 100 | | 260.00 | 65.54 | 194.46 | | 8/11/04 |
| 9/27/04 | 100 | | 3.32 | | | 3.32 | 9/11/04 |
| | UAF | | | | | | |
| 9/27/04 | 150 | | 103.86 | 101.86 | 2.00 | | 8/11/04 |
| 9/27/04 | 150 | | 17.82 | 17.14 | .68 | | 8/11/04 |
| 10/15/04 | QUD | | 3.32 | | | 3.32 | 10/15/04 |
| | UAF | | | | | | |
| 10/26/04 | 100 | | 260.00 | 66.18 | 193.82 | | 9/11/04 |
| 10/27/04 | 120 | | 79.45 | 79.45 | | | 10/26/04 |
| 11/15/04 | 100 | | 260.00 | 66.83 | 193.17 | | 10/11/04 |
| 11/15/04 | 100 | | 23.27 | | | 23.27 | 11/11/04 |
| | UAF | | | | | | |
| 11/15/04 | 150 | | 26.03 | 23.33 | 2.70 | | 11/15/04 |
| 11/15/04 | 150 | | 17.82 | 17.31 | .51 | | 9/11/04 |
| 11/15/04 | 150 | | 17.82 | 17.48 | .34 | | 10/11/04 |
| 11/15/04 | 150 | | 100.06 | 89.89 | 10.17 | | 10/11/04 |
| 11/16/04 | 151 | | .04 | .04 | | | 11/16/04 |
| 12/03/04 | QUD | | 23.27 | | | 23.27 | 12/03/04 |
| | UAF | | | | | | |
| 12/20/04 | 100 | | 260.00 | 67.48 | 192.52 | | 11/11/04 |
| 12/20/04 | 150 | | 18.07 | 17.67 | .40 | | 12/20/04 |
| 12/20/04 | 150 | | 99.81 | | | 99.81 | 11/11/04 |
| | UAF | | | | | | |
| 12/21/04 | 151 | | 100.06 | 90.77 | 9.29 | | 11/11/04 |
| | UAF | | | | | 99.81- | |

```
GREEN TREE SERVICING       CUSTOMER HISTORY INQUIRY              DATE  3/17/11
PROGRAM- CLR993      DATE RANGE: FROM 3/15/96 TO 3/16/11         PAGE  10
ACCOUNT NUMBER: 76503633  CK DIGIT: 0
Name: FALCON, JOSE E             Due Date: 3/11/2010 Reg Payment:    260.00
Previous Account#:  35301780

TRAN    TRAN
DATE    CODE   DUE   AMOUNT   PRINCIPAL   INTEREST   OTHER      BACK
12/23/04 211         179.00    179.00                           12/23/04
12/23/04 151                                                    12/23/04
 1/14/05 100         260.00     68.14      191.86               12/11/04
 1/14/05 100          18.88                           18.88     1/11/05
         UAF
 1/14/05 150         100.06     91.66        8.40               12/11/04
```

```
GREEN TREE SERVICING      CUSTOMER HISTORY INQUIRY          DATE  3/17/20
PROGRAM- CLR447      DATE RANGE: FROM 3/15/96 TO 3/16/11    PAGE   1
ACCOUNT NUMBER: 76503633  CK DIGIT: 0              DISB. LEFT:
REGION: 76
Name: FALCON, JOSE E                Due Date:  3/11/10   Reg Payment:        260.00
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---:|---:|---:|---:|---|
| 2/05/05 | 100 | 105 | 18.88 | 18.88 | .00 | .00 | 12/20/04 |
| 2/07/05 | 109 | 105 | 342.00 | 49.93 | 191.19 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | LAT |  |  |  |  | .82 | |
| 3/18/05 | 109 | 205 | 378.94 | 69.49 | 190.51 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 3/25/05 | 109 | 305 | 378.94 | 70.17 | 189.83 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 4/27/05 | 109 | 405 | 393.00 | 70.85 | 189.15 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
|  | LAT |  |  |  |  | 14.06 | |
| 6/03/05 | 109 | 505 | 400.47 | 71.55 | 188.45 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 6/03/05 | 109 | 605 | .00 | 21.53 | .00 | .00 | |
| 6/27/05 | 109 | 605 | 378.94 | 50.72 | 187.75 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
|  | LAT |  |  |  |  | 16.53 | |
| 6/27/05 | 109 | 705 | .00 | .00 | .00 | .00 | |
|  | LAT |  |  |  |  | 5.00 | |
| 7/13/05 | 109 | 705 | 378.94 | 72.95 | 187.05 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 9/12/05 | 109 | 805 | 378.94 | 73.67 | 186.33 | .00 | |
|  | INS | 10 |  |  |  | 100.06 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 9/23/05 | 211 |  | 1,225.80- | .00 | .00 | .00 | |
|  | INS | 11 |  |  |  | 1225.80- | |
| 9/26/05 | 109 | 905 | 283.88 | 74.39 | 185.61 | .00 | |
|  | INS | 40 |  |  |  | 18.88 | |
| 9/26/05 | 109 | 1005 | .00 | .00 | .00 | .00 | |
|  | LAT |  |  |  |  | 5.00 | |
| 11/11/05 | 500 | 1005 | 283.88- | .00 | .00 | .00 | 9/26/05 |
|  | LAT |  |  |  |  | 5.00- | |
| 11/11/05 | 500 | 905 | .00 | 74.39- | 185.61- | .00 | 9/26/05 |
| 11/11/05 | 150 |  | 122.58 | .00 | .00 | .00 | 9/26/05 |
|  | INS | 11 |  |  |  | 122.58 | |
| 11/11/05 | 150 |  | 37.76 | .00 | .00 | .00 | 9/26/05 |
|  | INS | 40 |  |  |  | 37.76 | |
| 11/11/05 | 120 | 905 | 74.39 | 74.39 | .00 | .00 | 9/26/05 |
| 11/11/05 | 150 |  | 18.88 | .00 | .00 | .00 | 9/26/05 |
|  | INS | 40 |  |  |  | 18.88 | |
| 11/11/05 | 120 | 905 | 25.27 | 25.27 | .00 | .00 | 9/26/05 |
| 11/14/05 | 160 | 1205 | 5.00 | .00 | .00 | .00 | 9/26/05 |
|  | LAT |  |  |  |  | 5.00 | |
| 11/15/05 | 082 | 905 | .00 | .00 | .00 | .00 | |
| 12/21/05 | 211 |  | 10.45- | .00 | .00 | .00 | |
|  | INS | 92 |  |  |  | 10.45- | |

```
GREEN TREE SERVICING       CUSTOMER HISTORY INQUIRY         DATE  3/17/20
PROGRAM- CLR447      DATE RANGE: FROM  3/15/96 TO  3/16/11   PAGE    2
ACCOUNT NUMBER: 76503633  CK DIGIT: 0              DISB. LEFT:
REGION: 76
Name: FALCON, JOSE E                Due Date:  0/00/00  Reg Payment:      260.00
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
| 12/22/05 | 140 | 10 | 6,003.90 | .00 | .00 | .00 | |
|  | ESC |  |  |  |  | 6003.90 | |
| 12/28/05 | 210 | 10 | 1,571.10- | .00 | .00 | .00 | |
| 1/20/06 | 113 | 1205 | 384.58 | 74.39 | 185.61 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
| 1/20/06 | 113 | 106 | .00 | 2.00 | .00 | .00 | |
| 2/10/06 | 109 | 106 | 763.26 | 74.09 | 183.91 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 2/10/06 | 109 | 206 | .00 | 76.39 | 183.61 | .00 | |
|  | INS | 11 |  |  |  | 121.63 | |
| 4/28/06 | 109 | 206 | 385.63 | .00 | .00 | .00 | |
|  | INS | 11 |  |  |  | .95 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 4/28/06 | 109 | 306 | .00 | 77.59 | 182.41 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 5/05/06 | 113 | 406 | 410.00 | 78.35 | 181.65 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 5/05/06 | 113 | 506 | .00 | 26.37 | .00 | .00 | |
| 6/21/06 | 113 | 506 | 360.00 | 52.74 | 180.89 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 6/21/06 | 113 | 606 | .00 | 2.74 | .00 | .00 | |
| 6/23/06 | 210 | 10 | 4,432.80- | .00 | .00 | .00 | |
| 6/27/06 | 120 | 606 | 4,432.80 | 4432.80 | .00 | .00 | 6/22/06 |
| 7/22/06 | 113 | 606 | 400.00 | 77.15 | 180.11 | .00 | 7/21/06 |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 7/22/06 | 113 | 706 | .00 | 19.11 | .00 | .00 | 7/21/06 |
| 8/25/06 | 109 | 706 | 365.00 | 61.56 | 179.33 | .00 | 8/24/06 |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 8/25/06 | 109 | 806 | .00 | .48 | .00 | .00 | 8/24/06 |
| 8/30/06 | 109 | 806 | 383.15 | 80.98 | 178.54 | .00 | |
|  | INS | 11 |  |  |  | 122.58 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 10/02/06 | 211 |  | 1,044.91- | .00 | .00 | .00 | |
|  | INS | 12 |  |  |  | 1044.91- | |
| 10/09/06 | 109 | 906 | 261.05 | 82.26 | 177.74 | .00 | |
|  | INS | 92 |  |  |  | 1.05 | |
| 10/13/06 | 109 | 1006 | 261.05 | 126.47 | 133.53 | .00 | |
|  | INS | 92 |  |  |  | 1.00 | |
|  | LAT |  |  |  |  | .05 | |
| 12/11/06 | 109 | 1106 | 364.49 | 127.55 | 132.45 | .00 | |
|  | INS | 12 |  |  |  | 104.49 | |
| 1/19/07 | 109 | 1206 | 743.93 | 128.80 | 131.20 | .00 | |
|  | INS | 12 |  |  |  | 104.49 | |
| 1/19/07 | 109 | 107 | .00 | 130.06 | 129.94 | .00 | |
|  | INS | 12 |  |  |  | 104.49 | |
|  | LAT |  |  |  |  | 14.95 | |

```
GREEN TREE SERVICING       CUSTOMER HISTORY INQUIRY           DATE  3/17/20
PROGRAM- CLR447     DATE RANGE: FROM  3/15/96 TO  3/16/11     PAGE    3
ACCOUNT NUMBER: 76503633  CK DIGIT: 0              DISB. LEFT:
REGION: 76
Name: FALCON, JOSE E              Due Date:  0/00/00   Reg Payment:     260.00

  TRAN   TRAN
  DATE   CODE    DUE      AMOUNT       PRINCIPAL       INTEREST        OTHER        BACK
 2/21/07  109    207       364.49        131.33         128.67           .00
          INS     12                                                  104.49
 3/23/07  109    307       364.49        132.62         127.38           .00       3/22/07
          INS     12                                                  104.49
 5/09/07  109    407       364.49        133.92         126.08           .00
          INS     12                                                  104.49
 6/08/07  109    507       370.00        135.23         124.77           .00       6/07/07
          INS     12                                                  104.49
 6/08/07  109    607          .00          5.51            .00           .00       6/07/07
 6/20/07  109    607       365.00        131.04         123.45           .00
          INS     12                                                  104.49
          LAT                                                           5.00
 6/20/07  109    707          .00          1.02            .00           .00
 7/20/07  109    707       365.00        136.87         122.11           .00
          INS     12                                                  104.49
 7/20/07  109    807          .00          1.53            .00           .00
 8/20/07  109    807       365.00        137.71         120.76           .00
          INS     12                                                  104.50
 8/20/07  109    907          .00          2.03            .00           .00
10/01/07  211            1,566.68-          .00            .00           .00
          INS     13                                                 1566.68-
10/01/07  109    907       257.97        138.58         119.39           .00
10/01/07  160   1107         5.00           .00            .00           .00      10/01/07
          LAT                                                           5.00
10/20/07  109   1007       365.00        141.98         118.02           .00
10/20/07  109   1107          .00        105.00            .00           .00
11/20/07  109   1107       365.00         38.37         116.63           .00
          INS     13                                                  156.67
11/20/07  109   1207          .00         53.33            .00           .00
12/20/07  109   1207       365.00        144.78          61.89           .00
          INS     13                                                  156.67
12/20/07  109    108          .00           .00           1.66           .00
 2/21/08  109    108       415.01        146.19         112.15           .00       2/20/08
          INS     13                                                  156.67
 3/01/08  109    208       416.67        147.63         112.37           .00
          INS     13                                                  156.67
 4/14/08  109    308       416.67        149.07         110.93           .00
          INS     13                                                  156.67
 5/05/08  109    408       416.67        150.53         109.47           .00
          INS     13                                                  156.67
 6/16/08  109    508       416.67        152.00         108.00           .00
          INS     13                                                  156.67
 7/28/08  160                5.00           .00            .00           .00       7/28/08
          LAT                                                           5.00
 7/28/08  109    608       416.67        153.49         106.51           .00
          INS     13                                                  156.67
 8/30/08  109    708       416.67        155.00         105.00           .00
          INS     13                                                  156.67
 9/23/08  109    808       475.00        156.51         103.49           .00
          INS     13                                                  156.65
 9/23/08  109    908          .00           .00          58.35           .00
10/01/08  211            1,582.49-          .00            .00           .00
```

```
GREEN TREE SERVICING        CUSTOMER HISTORY INQUIRY          DATE   3/17/20
PROGRAM- CLR447                                                PAGE      4
ACCOUNT NUMBER: 76503633  CK DIGIT: 0              DISB. LEFT:
REGION: 76
Name: FALCON, JOSE E                 Due Date:  0/00/00   Reg Payment:    260.00
```

| TRAN DATE | TRAN CODE | DUE | AMOUNT | PRINCIPAL | INTEREST | OTHER | BACK |
|---|---|---|---|---|---|---|---|
|  | INS | 14 |  |  |  | 1582.49- |  |
| 10/14/08 | 109 | 908 | 206.65 | 158.05 | 43.60 | .00 | 10/13/08 |
| 10/14/08 | 109 | 1008 | .00 | .00 | 5.00 | .00 | 10/13/08 |
| 11/29/08 | 109 | 1008 | 255.00 | 159.59 | 95.41 | .00 |  |
| 12/10/08 | N00 | 1008 | 255.00- | 159.59- | 95.41- | .00 | 11/29/08 |
| 12/15/08 | 113 | 1008 | 675.00 | 159.59 | 95.41 | .00 |  |
| 12/15/08 | 113 | 1108 | .00 | 161.16 | 98.84 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 12/15/08 | 113 | 1208 | .00 | .00 | 1.75 | .00 |  |
| 1/03/09 | 113 | 1208 | 418.25 | 162.73 | 95.52 | .00 | 1/02/09 |
|  | INS | 14 |  |  |  | 158.25 |  |
| 1/03/09 | 113 | 109 | .00 | .00 | .00 | .00 | 1/02/09 |
|  | LAT |  |  |  |  | 1.75 |  |
| 2/17/09 | 100 | 109 | 18.00 | .00 | 18.00 | .00 | 2/10/09 |
| 2/17/09 | 100 | 109 | 400.18 | 164.33 | 77.67 | .00 | 2/10/09 |
|  | INS | 14 |  |  |  | 158.18 |  |
| 3/04/09 | 109 | 109 | 426.57 | .00 | .00 | .00 |  |
|  | INS | 14 |  |  |  | .07 |  |
| 3/04/09 | 109 | 209 | .00 | 165.94 | 94.06 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 3/04/09 | 109 | 309 | .00 | .00 | .00 | .00 |  |
|  | LAT |  |  |  |  | 8.25 |  |
| 3/16/09 | 109 | 309 | 390.00 | 167.56 | 92.44 | .00 |  |
|  | INS | 14 |  |  |  | 130.00 |  |
| 3/20/09 | 109 | 309 | 28.25 | .00 | .00 | .00 |  |
|  | INS | 14 |  |  |  | 28.25 |  |
| 4/17/09 | 109 | 409 | 418.25 | 169.20 | 90.80 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 5/14/09 | 109 | 509 | 418.25 | 170.86 | 89.14 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 7/10/09 | 109 | 609 | 418.25 | 172.53 | 87.47 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 7/30/09 | 109 | 709 | 418.25 | 174.22 | 85.78 | .00 |  |
|  | INS | 14 |  |  |  | 158.25 |  |
| 8/19/09 | 109 | 809 | 410.00 | 175.93 | 84.07 | .00 |  |
|  | INS | 14 |  |  |  | 150.00 |  |
| 9/11/09 | 109 | 809 | 273.24 | .00 | .00 | .00 |  |
|  | INS | 14 |  |  |  | 8.24 |  |
| 9/11/09 | 109 | 909 | .00 | 177.65 | 82.35 | .00 |  |
|  | LAT |  |  |  |  | 5.00 |  |
| 9/30/09 | 211 |  | 1,446.51- | .00 | .00 | .00 |  |
|  | INS | 15 |  |  |  | 1446.51- |  |
| 10/10/09 | 113 | 1009 | 418.25 | 179.39 | 80.61 | .00 |  |
| 10/10/09 | 113 | 1109 | .00 | 79.40 | 78.85 | .00 |  |
| 10/12/09 | 109 | 1109 | 246.40 | 101.75 | .00 | .00 |  |
|  | INS | 15 |  |  |  | 144.65 |  |
| 11/07/09 | 113 | 1209 | 418.25 | 182.92 | 77.08 | .00 |  |
|  | INS | 15 |  |  |  | 144.65 |  |
| 11/07/09 | 113 | 110 | .00 | .00 | 13.60 | .00 |  |
| 12/07/09 | 113 | 110 | 418.25 | 184.71 | 61.69 | .00 |  |
|  | INS | 15 |  |  |  | 144.65 |  |
| 12/07/09 | 113 | 210 | .00 | .00 | 27.20 | .00 |  |

```
GREEN TREE SERVICING         CUSTOMER HISTORY INQUIRY              DATE  3/17/20
PROGRAM- CLR447       DATE RANGE: FROM  3/15/96 TO  3/16/11        PAGE     5
ACCOUNT NUMBER: 76503633   CK DIGIT: 0                    DISB. LEFT:
REGION: 76
Name: FALCON, JOSE E                      Due Date:  0/00/00   Reg Payment:       260.00

  TRAN   TRAN
  DATE   CODE   DUE      AMOUNT       PRINCIPAL      INTEREST         OTHER        BACK
 2/09/10  113   210      418.25        186.52          46.28            .00
          INS    15                                                  144.65
 2/09/10  113   310         .00           .00          40.80            .00
 9/29/10  211         1,360.65-           .00            .00            .00
          INS    16                                                 1360.65-
```