**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  MILADY CORDERO                                     CASE NO.: 10-41221-RAM
                                                                                  Chapter 13
        Debtor

_____/

MILADY CORDERO

        Plaintiff/Debtor

v.

GREENTREE SERVICING, LLC,                              Adv. No.: 13-01062-RAM
CARLOS ZAYAS;
JOSE ENRIQUE FALCON;
and YOANDRA FALCON

        Defendants

_____/

### MOTION TO CORRECT CLERICAL ERROR AND/OR OMISSION IN ORDER GRANTING JUDGMENT BY DEFAULT

Plaintiff, Milady Cordero, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, as adopted by Federal Rule of Bankruptcy Procedure 9024, moves this Court to correct the order granting Judgment by Default rendered by this Court on February 14, 2014 (the "Default Judgment"), and in support thereof states:

1. The Default Judgment [D.E. 59] ordered that title to the manufactured home, vehicle ID number FLFLH32A09663ST located at 20221 NW 52nd Court Lot # 517, Miami, Florida 33055 (the "Subject Property") should be quieted in favor of Plaintiff/Debtor Milady Cordero.

2. The Default Judgment is silent as to any action the Department of Highway Safety and Motor Vehicles may take to effectuate the judgment. As such, the Department is unable to update its records to reflect Milady Cordero as the title owner without correcting the Default Judgment to include the following omitted language:

> The Department of Highway Safety and Motor Vehicles is directed to issue title to the Subject Property to Milady Cordero, upon submission of a completed application and applicable fees. Upon submission of proof of lien satisfaction, the Department of Highway Safety and Motor Vehicles is directed to remove the lien and to release title to Milady Cordero.

1

3.      Pursuant to Federal Rule of Civil Procedure 60(a):

Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders.

4.      The Court, therefore, has the discretion to correct the Default Judgment to include the omitted language necessary so the judgment may take effect.

5.      A copy of the proposed Corrected Order Granting Judgment by Default, updated only as indicated above, is attached as Exhibit A.

                        Respectfully submitted,

                        LEGAL SERVICES OF GREATER MIAMI, INC.
                        Jacqueline C. Ledon
                        Attorney for Debtor/Plaintiff
                        3000 Biscayne Blvd., Suite 500
                        Miami, Florida 33137
                        Telephone: (305) 438-2401
                        Facsimile: (305) 573-5800


                        BY: _____/s/_____
                            JACQUELINE C. LEDON
                            FL BAR NO.: 0022719

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  MILADY CORDERO                          CASE NO.: 10-41221-RAM
                                                                    Chapter 13
       Debtor

_____/

MILADY CORDERO

       Plaintiff/Debtor

v.

GREENTREE SERVICING, LLC,                    Adv. No.: 13-01062-RAM
CARLOS ZAYAS;
JOSE ENRIQUE FALCON;
and YOANDRA FALCON

       Defendants
_____/

**CORRECTED ORDER GRANTING JUDGMENT BY DEFAULT**
**AS TO DEFENDANTS CARLOS ZAYAS, YOANDRA FALCON & JOSE FALCON**

On February 13, 2014, Plaintiff filed a Motion for Judgment by Default as to defendants Jose Enrique Falcon, Yoandra Falcon and Carlos Zayas (the "Defendants"). Plaintiff properly served the

1

Defendants with the complaint and Defendants failed to serve any response on Plaintiff. Entries of Default were issued by the Clerk on June 4, 2013. As such, Plaintiff is entitled entry of a Default Final Judgment.

In determining damages, the Court has reviewed and relied upon the Adversary Complaint. Specifically, the Court finds that as a result of Defendant's unfair and deceptive trade practices and breach of contract, Ms. Cordero has suffered damages in the amount of $14,327.28, which are calculated as follows: $7,227.28 for the money Ms. Cordero paid Defendants to satisfy the Greentree lien and which Defendants failed to remit to Greentree in breach of the Sale Agreement, and $7,100 for her attorney's fees and costs pursuant to Fla. Stat. §§ 501.211 and 501.2105.

The Court finds that title to the manufactured home, vehicle ID number FLFLH32A09663ST, located at 20221 NW 52nd Court Lot # 517, Miami, Florida 33055, (the "Subject Property"), should be quieted in favor of Ms. Cordero because she fulfilled the terms of the Sales Agreement, Defendants breached the contract by failing to transfer title to her and failing to remit her payments to creditor Greentree, and in so doing, Defendants violated the Florida Deceptive and Unfair Trade Practices Act and were unjustly enriched at her expense. The Court finds that the interest, if any, of Yoandra Falcon in the Subject Property is terminated. The interest, if any, of Jose Enrique Falcon in the Subject Property is terminated. Moreover, Jose Enrique Falcon is ordered to transfer record title to the Subject Property with the Florida Division of Motor Vehicles to Milady Cordero as required under Fla. Stat. § 319.21(3). The Department of Highway Safety and Motor Vehicles is directed to issue title to the Subject Property to Milady Cordero upon submission of a completed application and applicable fees. Upon submission of proof of lien satisfaction, the Department of Highway Safety and Motor Vehicles is directed to remove the lien and to release title to Milady Cordero.

Accordingly, it is -

ORDERED that Plaintiff's Motion for Judgment by Default as to Defendants Jose Enrique Falcon, Yoandra Falcon and Carlos Zayas is granted. In accordance with Bankruptcy Rule 9021, the Court is contemporaneously entering a separate judgment. This order is prepared by:

Jacqueline C. Ledon, Esq., Counsel for Debtor/Plaintiff
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137
(305) 438-2401
jledon@lsgmi.org

Jacqueline C. Ledon, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.