ORDERED in the Southern District of Florida on _August 19, 2014_



_/s/ Robert A. Mark_

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:   MILADY CORDERO

        Debtor

_____/

CASE NO.: 10-41221-RAM
Chapter 13

MILADY CORDERO

        Plaintiff/Debtor

v.

GREENTREE SERVICING, LLC,
CARLOS ZAYAS;
JOSE ENRIQUE FALCON;
and YOANDRA FALCON

        Defendants

_____/

Adv. No.: 13-01062-RAM

### CORRECTED ORDER GRANTING JUDGMENT BY DEFAULT
### AS TO DEFENDANTS CARLOS ZAYAS, YOANDRA FALCON & JOSE FALCON

On February 13, 2014, Plaintiff filed a Motion for Judgment by Default as to defendants Jose

Enrique Falcon, Yoandra Falcon and Carlos Zayas (the "Defendants"). Plaintiff properly served the

1

Defendants with the complaint and Defendants failed to serve any response on Plaintiff. Entries of Default were issued by the Clerk on June 4, 2013. As such, Plaintiff is entitled entry of a Default Final Judgment.

In determining damages, the Court has reviewed and relied upon the Adversary Complaint. Specifically, the Court finds that as a result of Defendant's unfair and deceptive trade practices and breach of contract, Ms. Cordero has suffered damages in the amount of $14,327.28, which are calculated as follows: $7,227.28 for the money Ms. Cordero paid Defendants to satisfy the Greentree lien and which Defendants failed to remit to Greentree in breach of the Sale Agreement, and $7,100 for her attorney's fees and costs pursuant to Fla. Stat. §§ 501.211 and 501.2105.

The Court finds that title to the manufactured home, vehicle ID number FLFLH32A09663ST, located at 20221 NW 52nd Court Lot # 517, Miami, Florida 33055, (the "Subject Property"), should be quieted in favor of Ms. Cordero because she fulfilled the terms of the Sales Agreement, Defendants breached the contract by failing to transfer title to her and failing to remit her payments to creditor Greentree, and in so doing, Defendants violated the Florida Deceptive and Unfair Trade Practices Act and were unjustly enriched at her expense. The Court finds that the interest, if any, of Yoandra Falcon in the Subject Property is terminated. The interest, if any, of Jose Enrique Falcon in the Subject Property is terminated. Moreover, Jose Enrique Falcon is ordered to transfer record title to the Subject Property with the Florida Division of Motor Vehicles to Milady Cordero as required under Fla. Stat. § 319.21(3). The Department of Highway Safety and Motor Vehicles is directed to issue title to the Subject Property to Milady Cordero upon submission of a completed application and applicable fees. Upon submission of proof of lien satisfaction, the Department of Highway Safety and Motor Vehicles is directed to remove the lien and to release title to Milady Cordero.

Accordingly, it is -

ORDERED that Plaintiff's Motion for Judgment by Default as to Defendants Jose Enrique Falcon, Yoandra Falcon and Carlos Zayas is granted. In accordance with Bankruptcy Rule 9021, the Court is contemporaneously entering a separate judgment. This order is prepared by:

2

Jacqueline C. Ledon, Esq., Counsel for Debtor/Plaintiff
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137
(305) 438-2401
jledon@lsgmi.org

Jacqueline C. Ledon, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

3