10-21-24

Case 13-01062-RAM

# Emergency Motion to amend Order and clarification OR

FILED-USBC, FLS-MIA
'24 OCT 21 AM 11:33

To whom it may Concern,

This motion is to amend an order, Doc 52. The order has 1 title Number but the mobile home has 2 title Numbers and we need the Second title # FLFLH32B09663ST.

I, Milady Cordero, am also requesting a clarification of this order. I would also like for my daughter, Arianna Matos to serve as my interpreter.

Respectfully,

Milady Cordero

Milady Cordero
aimatos80@gmail.com
786-707-1797